# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | CASE NO. 6:12-cv-22 |
| **ALCATEL-LUCENT USA, INC., et al.** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | CASE NO. 6:12-cv-122 |
| **ALCATEL-LUCENT USA, INC., et al.** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | CASE NO. 6:12-cv-123 |
| **ALCATEL-LUCENT USA, INC., et al.** | § | |

## ORDER REFERRING CASE TO MAGISTRATE

Pursuant to 28 U.S.C. § 636, the Court hereby refers the above styled causes of action to the Hon. Judge Caroline M. Craven for all pretrial proceedings.

It is **SO ORDERED**.

**SIGNED this 5th day of April, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE