IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ADAPTIX, INC. | § | |
| --- | --- | --- |
| | § | |
| V. | § | No. 6:12CV22 |
| | § | |
| ALCATEL-LUCENT USA, INC., ET AL. | § | |

| ADAPTIX, INC. | § | |
| --- | --- | --- |
| | § | |
| V. | § | No. 6:12CV122 |
| | § | |
| ALCATEL-LUCENT USA, INC., ET AL. | § | |

| ADAPTIX, INC. | § | |
| --- | --- | --- |
| | § | |
| V. | § | No. 6:12CV123 |
| | § | |
| ALCATEL-LUCENT USA, INC., ET AL. | § | |

## ORDER GRANTING VERIZON'S UNOPPOSED
## MOTION TO RESCHEDULE COMBINED CLAIM CONSTRUCTION HEARING

The above-referenced causes of action were referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following motion is before the Court: Verizon's Unopposed Motion to Reschedule January 14, 2014 Combined Claim Construction Hearing (Docket Entry # 67, Cause No. 6:12cv122). The Court, having reviewed the motion and noting all parties in the relevant cases (6:12-cv-22, 6:12-cv-122, 6:12-cv-123, 6:12-cv-369, 6:13-cv-49, and 6:13-cv-50) have indicated they would be available for a combined claim construction hearing on February 13, 2014, is of the opinion the motion should be **GRANTED**. Accordingly, it is

**ORDERED** that the January 14, 2014 combined claim construction technology tutorial and

hearing is reset for February 13, 2014 at 9:00 a.m. in Tyler, Texas.[1] The parties in the above-referenced cases shall submit to the Court for signature, on or before June 10, 2013, an agreed proposed Scheduling and Discovery Order, utilizing the February 13, 2014 combined claim construction date.

**SIGNED this 14th day of May, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

---

[1] Even though the Court has not yet entered a scheduling order in Cause Nos. 6:12cv369, 6:13cv49, and 6:13cv50, the Court provided the parties with the January 14, 2014 combined claim construction date for use in their submission of an agreed proposed scheduling order to govern the cases. In their Joint Discovery/Case Management Plan, the defendants indicated they do not oppose Verizon's request. Although Plaintiff indicated it did not have sufficient time to consult with its client about Verizon's request prior to the filing of the Joint Discovery/Case Management Plan, the certificate of conference attached to Verizon's later-filed motion states all parties in the 6 cases (including 6:12cv369, 6:13cv49, and 6:13cv50) do not oppose Verizon's motion. The Court will allow the parties in Cause Nos. 6:12cv369, 6:13cv49, and 6:13cv50 to resubmit their proposed scheduling order, utilizing the February 13, 2014 combined claim construction date.