UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **ALCATEL-LUCENT USA, INC.** and **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**, <br><br> Defendants. | Civil Action 6:12-cv-00122 (LED) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

CAME TO BE CONSIDERED the Unopposed Motion to Withdraw as Attorneys for Plaintiff Adaptix, Inc. After consideration, the Court finds that the Motion should be GRANTED.

Therefore, IT IS ORDERED that T. John Ward, Jr., J. Wesley Hill and Ward & Smith Law Firm are permitted to withdraw as counsel for Adaptix, Inc. effective the date of this order.

**SIGNED this 23rd day of May, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE