# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,**<br><br>                    Plaintiff,<br><br>v.<br><br>**ALCATEL-LUCENT USA, INC.. *et al*,**<br><br>                    Defendant. | **Case No. 6:12-cv-00122-MHS-CMC**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Plaintiff Adaptix, Inc. files this Notice of Appearance and hereby notifies the Court that Craig Tadlock of Tadlock Law Firm PLLC, 2701 Dallas Parkway, Suite360, Plano, Texas 75093, is appearing on behalf of Plaintiff Adaptix, Inc., in the above-referenced matter.

DATED: May 23, 2013                    Respectfully submitted,

                                       /s/ *Craig Tadlock*
                                       Craig Tadlock
                                       TADLOCK LAW FIRM PLLC
                                       2701 Dallas Parkway, Suite 360
                                       Plano, Texas 75093
                                       Phone: 903-730-6789
                                       keith@tadlocklawfirm.com

                                       **COUNSEL FOR PLAINTIFF**
                                       **ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served upon all counsel of record this 23rd day of May, 2013 via the Court's CM/ECF system.

                                  /s/ *Craig Tadlock*
                                  Craig Tadlock