## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,** | |
| Plaintiff, | **Case No. 6:12-cv-00122-MHS-CMC** |
| v. | **PATENT CASE** |
| **ALCATEL-LUCENT USA, INC.. *et al*,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF APPEARANCE

Plaintiff Adaptix, Inc. files this Notice of Appearance and hereby notifies the Court that

Keith Smiley of Tadlock Law Firm PLLC, 2701 Dallas Parkway, Suite360, Plano, Texas 75093,

is appearing on behalf of Plaintiff Adaptix, Inc., in the above-referenced matter.


DATED:  May 23, 2013                    Respectfully submitted,


                                        /s/ *Keith Smiley*
                                        Keith Smiley
                                        TADLOCK LAW FIRM PLLC
                                        2701 Dallas Parkway, Suite 360
                                        Plano, Texas 75093
                                        Phone: 903-730-6789
                                        keith@tadlocklawfirm.com

                                        **COUNSEL FOR PLAINTIFF
                                        ADAPTIX, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served upon all counsel of record this

23rd day of May, 2013 via the Court's CM/ECF system.


/s/ *Keith Smiley*
Keith Smiley