# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendants. | Civil Action 6:12-cv-0122-MHS <br><br> **JURY TRIAL DEMANDED** |

## JURY DEMAND OF DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

Pursuant to General Order 13-5, and the amendments to Local Rule CV-38(a) therein, and as previously demanded in its Answer, Defenses, and Counterclaims [Dkt. #13], in conformance with FED. R. CIV. P. 38(b) (". . .which may be included in a pleading . . ."), Defendant Cellco Partnership d/b/a Verizon Wireless again respectfully demands a jury trial on all issues so triable.

DATED: June 28, 2013

Respectfully submitted,

/s/ *Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
**POTTER MINTON, P.C.**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
(903) 597-8311 (telephone)
(903) 593-0846 (facsimile)

Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
WILMER CUTLER PICKERING HALE
AND DOOR LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: 650-858-6000
Fax: 650-858-6100
Mark.flanagan@wilmerhale.com
Robert.galvin@wilmerhale.com
Geoff.godfrey@wilmerhale.com

*Attorneys for Defendant*
*Cellco Partnership*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 28, 2013.

                                                     /s/ Michael E. Jones