# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **ALCATEL-LUCENT USA, INC.. *et al*,** <br><br> Defendant. | **Case No. 6:12-cv-00122-MHS-CMC** <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Plaintiff Adaptix, Inc. files this Notice of Appearance and hereby notifies the Court that Steven E. Lipman of HAYES MESSINA GILMAN & HAYES LLC, 300 Brickstone Square, 9th Fl., Andover, Massachusetts 01810, is appearing on behalf of Plaintiff Adaptix, Inc., in the above-referenced matter.

DATED: July 1, 2013

Respectfully submitted,

/s/ *Steven E. Lipman*
Steven E. Lipman
HAYES MESSINA GILMAN &
HAYES LLC
300 Brickstone Square, 9th Fl.
Andover, Massachusetts 01810
Tel: (978) 809-3850
Fax: (978) 809-3869
Email: slipman@hayesmessina.com

**COUNSEL FOR PLAINTIFF ADAPTIX, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record this 1st day of July, 2013 via the Court's CM/ECF system.

/s/ *Steven E. Lipman*
Steven E. Lipman