# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 6:12-cv-122 |
| ALCATEL-LUCENT USA, INC. and **CELLCO PARTERNSHIP d/b/a VERIZON WIRELESS** | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective July 1, 2013 Hayes, Bostock & Cronin LLC has changed its name to HAYES MESSINA GILMAN & HAYES LLC. All future reference to the firm in this matter should be to HAYES MESSINA GILMAN & HAYES LLC. The firm's and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. Lawyers' email addresses now use the extension "@hayesmessina.com" but otherwise remain unchanged.

DATED: July 2, 2013

Respectfully submitted,

/s/ *Paul J. Hayes*
Paul J. Hayes
HAYES MESSINA GILMAN &
HAYES LLC
300 Brickstone Square, 9th Fl.
Andover, Massachusetts 01810
Tel: (978) 809-3850
Fax: (978) 809-3869
Email: phayes@hayesmessina.com

COUNSEL FOR PLAINTIFF
ADAPTIX, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 2nd day of July, 2013 via the Court's CM/ECF system.

/s/ <i>Paul J. Hayes</i>
Paul J. Hayes

2