# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:12-cv-122 |
| ) | |
| ALCATEL-LUCENT USA, INC. and ) | JURY TRIAL DEMANDED |
| **CELLCO PARTERNSHIP d/b/a** ) | |
| **VERIZON WIRELESS** ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL

Before the Court is Plaintiff Adaptix, Inc.'s unopposed motion to withdraw Dean G Bostock, James C. Hall, and Paul J. Cronin as counsel for Adaptix, Inc. Having considered the motion, the Court has determined that it should be GRANTED.

Therefore, it is hereby ORDERED that Dean G Bostock, James C. Hall, and Paul J. Cronin are withdrawn as counsel of record of Plaintiff Adaptix, Inc. in this matter. The clerk's office is DIRECTED to remove Dean G Bostock, James C. Hall, and Paul J. Cronin from receiving any further CM/ECF notices in this case.

**SIGNED this 22nd day of July, 2013.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE