# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br> Plaintiff, <br> v. <br> ALCATEL-LUCENT USA, INC. and <br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS, <br> Defendants. | Civil Action 6:12-cv-0122 <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES

Pursuant to the Court's June 19, 2013 Amended Scheduling and Discovery Order [Dkt #75], Defendants Alcatel-Lucent USA, Inc. and Cellco Partnership d/b/a Verizon Wireless hereby notify the Court that they served P.R. 3-3 and 3-4 Amended Invalidity Contentions and production upon Plaintiff counsel of record via electronic mail on August 5, 2013.

Dated: August 6, 2013

Respectfully submitted,

*/s/ Robyn M. Bowland*

David A. Nelson
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
Thomas Cushing (*pro hac vice*)
Robyn Bowland (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN
500 West Madison
Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Fax: (312) 705-7499

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702

Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
ALCATEL-LUCENT USA INC.**

*/s/ Geoffrey M. Godfrey*
Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
**WILMER CUTLER PICKERING
HALE & DORR LLP**
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
Mark.Flanagan@wilmerhale.com
Robert.Galvin@wilmerhale.com
Geoff.Godfrey@wilmerhale.com

Michael E. Jones
Texas State Bar No. 10929400
**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, TX 75710-0359
Tel: (903) 597-8311
mikejones@potterminton.com

**ATTORNEYS FOR CELLCO
PARTNERSHIP d/b/a VERIZON
WIRELESS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 6, 2013.

*/s/ Robyn M. Bowland*