# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC, <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:12-cv-0022 |
| ADAPTIX, INC. <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP, d/b/a/ VERIZON WIRELESS, <br><br> Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:12-cv-0122 |
| ADAPTIX, INC. <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM, L.P., <br><br> Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:12-cv-0123 |

## ORDER GRANTING UNOPPOSED MOTION FOR
## EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE
## TO DEFENDANTS' MOTION TO TRANSFER VENUE
## PURSUANT TO 28 U.C.C. § 1404(a)

06048320

Before the Court is Plaintiff's unopposed motion for an extension of time through October 7, 2013 to file its response in opposition to Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). Additionally, the parties have agreed to the following terms and schedule for the service of venue-related discovery responses and reply briefs.

- September 20, 2013: Defendants shall serve venue-related interrogatory responses and produce additional venue-related documents;
- September 25, 2013: Defendants shall provide a 30(b)(6) deposition witness on topics in Adaptix's venue-related 30(b)(6) notice on or before this date;
- October 7, 2013: Adaptix shall file its venue-transfer opposition brief;
- November 6, 2013: Defendants shall file their venue transfer reply brief;
- November 18, 2013: Adaptix shall file its surreply to Defendants' Motion to Transfer Venue
- Defendants are not required to serve objections and responses to Adaptix's requests for production per the Court's discovery order; and
- Defendants reserve all objections to Adaptix's venue-related discovery, including without limitation objections to the scope of Adaptix's discovery requests

Having considered the matter, and that the motion is unopposed, the Court GRANTS the Plaintiff's Motion and extends the time for Plaintiff to file its response to Defendants' Motion to Transfer Venue through October 7, 2013, as well as the further scheduling for discovery responses and briefing listed above.

**SIGNED this 27th day of August, 2013.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE