## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC., and<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>           Defendants. | Civil Action No. 6:12-cv-122<br><br>**JURY TRIAL DEMANDED** |

### CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS' NOTICE OF APPEARANCE BY CORTNEY C. HOECHERL

Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") files this Notice of Appearance of Counsel and hereby notifies the Court that Cortney C. Hoecherl of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304, Cortney.Hoecherl@wilmerhale.com, is appearing as counsel for Defendant and Counterclaim-Plaintiff Verizon. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

| | |
|---|---|
| Dated:  October 3, 2013 | */s/ Cortney C. Hoecherl* |
| | Mark D. Flanagan |
| | Robert M. Galvin |
| | Geoffrey M. Godfrey |
| | Cortney C. Hoecherl |
| | Ali M. Abugheida |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA  94304 |
| | Phone:  (650) 858-6000 |
| | Fax:  (650) 858-6100 |
| | mark.flanagan@wilmerhale.com |
| | robert.galvin@wilmerhale.com |
| | geoff.godfrey@wilmerhale.com |
| | cortney.hoecherl@wilmerhale.com |
| | ali.abugheida@wilmerhale.com |
| | |
| | Michael E. Jones |
| | Patrick C. Clutter, IV |
| | POTTER MINTON, P.C. |
| | 110 North College, Suite 500 |
| | Tyler, TX  75710 |
| | Phone:  (903) 597-8311 |
| | mikejones@potterminton.com |
| | patrickclutter@potterminton.com |
| | |
| | *Attorneys for Defendant and Counterclaim-Plaintiff* |
| | Cellco Partnership d/b/a Verizon Wireless |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 3, 2013.

     /s/ *Cortney C. Hoecherl*
     Cortney C. Hoecherl