**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**ALCATEL-LUCENT USA, INC. and**<br>**AT&T MOBILITY LLC,**<br><br>        **Defendants.** | § § § § § § § § § § § § § | **CIVIL ACTION NO. 6:12-cv-0022** |
| **ADAPTIX, INC.**<br><br>        **Plaintiff,**<br>**v.**<br><br>**ALCATEL-LUCENT USA, INC. and**<br>**CELLCO PARTNERSHIP, d/b/a/**<br>**VERIZON WIRELESS,**<br><br>        **Defendants.** | § § § § § § § § § § § § | **CIVIL ACTION NO. 6:12-cv-0122** |
| **ADAPTIX, INC.**<br><br>        **Plaintiff,**<br>**v.**<br><br>**ALCATEL-LUCENT USA, INC. and**<br>**SPRINT SPECTRUM, L.P.,**<br><br>        **Defendants.** | § § § § § § § § § § § | **CIVIL ACTION NO. 6:12-cv-0123** |
| **ADAPTIX, INC.**<br><br>        **Plaintiff,**<br><br>**v.** | § § § § § | **CIVIL ACTION NO. 6:13-cv-0049** |

06055456

|  |  |  |
|---|---|---|
| **AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>       **Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§ |  |
| **ADAPTIX, INC.**<br><br>              **Plaintiff,**<br>**v.**<br><br>**AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,**<br>              **Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:13-cv-0050** |
| **ADAPTIX, INC.**<br><br>              **Plaintiff,**<br>**v.**<br><br>**T-MOBILE USA, INC.,**<br><br>              **Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:12-cv-0369** |

**PROPOSED ORDER GRANTING PARTIES' JOINT MOTION FOR MODIFICATION OF THE CLAIM CONSTRUCTION BRIEFING SCHEDULES AND THE PAGE LIMITS FOR THE PARTIES' CLAIM CONSTRUCTION BRIEFS**

Before this Court is the Parties' Joint Motion for Modification of the Markman Briefing Schedules and the Page Limits for the Parties' Claim Construction Briefs.  The Court having considered the joint motion,

IT IS THEREFORE, ORDERED, that the Parties' joint motion should be **GRANTED**, that the claim construction briefing schedules and the page limits for the parties' claim construction briefs shall be as follow:

## MODIFIED CLAIM CONSTRUCTION BRIEFING SCHEDULE

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Opening claim construction brief by Adaptix | October 29, 2013 | November 8, 2013 |
| Responsive claim construction brief | November 26, 2013 | December 13, 2013 |
| Reply claim construction brief | December 10, 2013 | December 27, 2013 |

## PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFS

| Brief | Prior Page Limit | New Page Limit |
|---|---|---|
| Opening claim construction brief by Adaptix | 30 | 40 |
| Responsive claim construction brief | 30 | 55 |
| Reply claim construction brief | 10 | 20 |

**SIGNED this 28th day of October, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE