# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0022** |
| **ALCATEL-LUCENT USA, INC.** and **AT&T MOBILITY LLC,** | § § § § | |
| Defendants. | § § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0122** |
| **ALCATEL-LUCENT USA, INC.** and **CELLCO PARTNERSHIP, d/b/a/ VERIZON WIRELESS,** | § § § § § | |
| Defendants. | § § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0123** |
| **ALCATEL-LUCENT USA, INC.** and **SPRINT SPECTRUM, L.P.,** | § § § § | |
| Defendants. | § § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § | **CIVIL ACTION NO. 6:13-cv-0049** |

06056528

| | | |
|---|---|---|
| AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>                    Defendants. | § § § § § § § | |
| ADAPTIX, INC.<br><br>                    Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,<br>                    Defendants. | § § § § § § § § § § § § § | **CIVIL ACTION NO. 6:13-cv-0050** |
| ADAPTIX, INC.<br><br>                    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.,<br><br>                    Defendant. | § § § § § § § § § § § § § § | **CIVIL ACTION NO. 6:12-cv-0369** |

**PROPOSED ORDER GRANTING ADAPTIX'S UNOPPOSED MOTION FOR MODIFICATION OF THE PARTIES' CLAIM CONSTRUCTION BRIEFING SCHEDULE**

Before this Court is the Adaptix's Unopposed Motion for Modification of the Parties' Claim Construction Briefing Schedule. The Court having considered the unopposed motion,

IT IS THEREFORE, ORDERED, that Adaptix's Unopposed Motion should be **GRANTED**, that the claim construction briefing schedule shall be modified as follow:

**MODIFIED CLAIM CONSTRUCTION BRIEFING SCHEDULE**

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Opening claim construction brief by Adaptix | November 8, 2013 | November 12, 2013 |
| Responsive claim construction brief | December 13, 2013 | December 20, 2013 |
| Reply claim construction brief | December 27, 2013 | January 3, 2013 |

**SIGNED this 12th day of November, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE