# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. § § Plaintiff, § § v. § ALCATEL-LUCENT USA, INC. and § AT&T MOBILITY LLC, § § Defendants. § | § § § § § § § § § § § § | **CIVIL ACTION NO. 6:12-cv-0022** |
| ADAPTIX, INC. § § Plaintiff, § v. § ALCATEL-LUCENT USA, INC. and § CELLCO PARTNERSHIP, d/b/a/ § VERIZON WIRELESS, § § Defendants. § | § § § § § § § § § § § § | **CIVIL ACTION NO. 6:12-cv-0122** |
| ADAPTIX, INC. § § Plaintiff, § v. § ALCATEL-LUCENT USA, INC. and § SPRINT SPECTRUM, L.P., § § Defendants. § | § § § § § § § § § § § § | **CIVIL ACTION NO. 6:12-cv-0123** |

**PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED TO WITHDRAW ITS MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO P.R. 3-6(b) IN LIEU OF FILING ITS UNOPPOSED MOTION FOR LEAVE TO AMEND**

06056717

Before this Court is the Adaptix's Unopposed Motion to Withdraw its Opposed Motion for Leave to Amend its Infringement Contentions Pursuant to P.R. 3-6(B). The Court having considered the Motion,

IT IS THEREFORE, ORDERED, that Adaptix Unopposed Motion to Withdraw its Opposed Motion for Leave be Granted.

**SIGNED this 18th day of November, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE