# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § § § § | |
| Plaintiff, | | |
| v. | § | CIVIL ACTION NO. 6:12-cv-0022 |
| ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC, | § § § § § | |
| Defendants. | § § § | |
| ADAPTIX, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 6:12-cv-0122 |
| ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP, d/b/a/ VERIZON WIRELESS, | § § § § | |
| Defendants. | § § | |
| ADAPTIX, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 6:12-cv-0123 |
| ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM, L.P., | § § § § | |
| Defendants. | § § | |

**PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO P.R. 3-6(b)**

06056716

Before this Court is the Adaptix's Unopposed Motion for Leave to Amend its Infringement Contentions Pursuant to P.R. 3-6(B). The Court having considered the Motion,

IT IS THEREFORE, ORDERED, that Adaptix be granted leave to amend its infringement contentions to add claims 2, 4, and 9 of the '172 patent and to identify the accused Alcatel devices as set forth in its proposed amended infringement contentions.

**SIGNED this 18th day of November, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE