# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0022** |
| **ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC,** | § § § § | |
| Defendants. | § § § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0122** |
| **ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP, d/b/a/ VERIZON WIRELESS,** | § § § § | |
| Defendants. | § § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0123** |
| **ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM, L.P.,** | § § § § | |
| Defendants. | § § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § | **CIVIL ACTION NO. 6:13-cv-0049** |

06057811

| | | |
|---|---|---|
| **AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,** § § § § § § § | | |
| Defendants. § | | |
| **ADAPTIX, INC.** § § § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:13-cv-0050** | |
| § | | |
| **AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,** § § § § § | | |
| Defendants. § § | | |
| **ADAPTIX, INC.** § § § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0369** | |
| § § | | |
| **T-MOBILE USA, INC.,** § § | | |
| Defendant. § § § | | |

**[PROPOSED] ORDER GRANTING ADAPTIX'S MOTION FOR
AN EXTENSION OF TIME TO FILE PLAINTIFF'S
<u>REPLY TO DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF</u>**

Before this Court is Adaptix's Unopposed Motion for an Extension of Time to File Plaintiff's Reply Claim Construction Brief through January 6, 2014. The Court having considered the Motion,

IT IS THEREFORE ORDERED that Adaptix's Unopposed Motion for an Extension of Time be GRANTED.

**SIGNED this 6th day of January, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE