**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-22** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-122** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-123** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:13-cv-49** |
| **ERICSSON INC., ET AL.** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:13-cv-50** |
| **ERICSSON INC., ET AL.** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § | **CASE NO. 6:12-cv-369** |

|  | § |
|---|---|
| **T-MOBILE USA, INC.** | § |

## ORDER APPOINTING TECHNICAL ADVISOR
## AND REGARDING TIME FOR CLAIM CONSTRUCTION HEARING

The Court, having appointed him in related cases 6:12cv17, 6:12cv20, and 6:12cv120, hereby appoints David Keyzer to serve as the Technical Advisor for the Court in the above cases. Mr. Keyzer's contact information is as follows:

> David Keyzer
> Law Office of David Keyzer, P.C.
> 5170 Golden Foothill Parkway
> El Dorado Hills, CA 95762
> (916) 243-5259 (voice)
> (916) 404-0436 (fax)
> david@keyzerlaw.com

Previously the Court scheduled a combined claim construction technology tutorial and hearing for February 13, 2014 at 9:00 a.m. The Courts finds a live technology tutorial will not be necessary and will be proceeding with claim construction argument. The Court also reschedules the claim construction hearing for **1:30 p.m.** on February 13, 2014. The hearing will take place in Judge Steger's Courtroom in Tyler, Texas. Each side is limited to 1.5 hours for claim construction argument.

The parties are instructed to send courtesy copies of their claim construction briefing, as well as technical tutorial materials, to the Court and to the technical advisor in PDF form, with exhibits, to david@keyzerlaw.com and in paper form, with exhibits, double-sided, either spiral bound or in three-ring binders, to the office address listed above.

The technical advisor will provide the Court with a pre-hearing memo on or before February 10, 2014, and will meet with the Court immediately following the claim construction hearing.

Because the technical advisor serves essentially as a law clerk to the Court and will be familiar with the claim construction issues in this case, the Court has requested that the technical advisor assist the Court in drafting a claim construction order.

Mr. Keyzer shall keep track of his time and submit a statement to the Court showing any hours expended. Plaintiff is directed to pay one-half of Mr. Keyzer's compensation and Defendants are directed to pay one-half of Mr. Keyzer's compensation, at a total rate of $350 per hour. Payments shall be made within 30 days after receipt by the parties of copies of Mr. Keyzer's billing statements approved by the Court. The Court taxes such costs to the parties pursuant to its inherent power to do so in the interest of promoting the efficient conduct of this complex litigation. *See Two Appeals (San Juan Dupont Plaza Hotel Fire Litig.)*, 994 F.2d 956 (1st Cir. 1994).

Mr. Keyzer will execute an affidavit indicating his understanding of this Order prior to beginning his engagement.

**SIGNED this 8th day of January, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE