# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC.<br><br>v.<br><br>ALCATEL-LUCENT USA, INC., ET AL. | § § § § § § | CASE NO. 6:12-cv-22 |
| ADAPTIX, INC.<br><br>v.<br><br>ALCATEL-LUCENT USA, INC., ET AL. | § § § § § § | CASE NO. 6:12-cv-122 |
| ADAPTIX, INC.<br><br>v.<br><br>ALCATEL-LUCENT USA, INC., ET AL. | § § § § § § | CASE NO. 6:12-cv-123 |
| ADAPTIX, INC.<br><br>v.<br><br>ERICSSON INC., ET AL. | § § § § § | CASE NO. 6:13-cv-49 |
| ADAPTIX, INC.<br><br>v.<br><br>ERICSSON INC., ET AL. | § § § § § | CASE NO. 6:13-cv-50 |

| | |
|---|---|
| ADAPTIX, INC. | § |
| | § |
| v. | §     CASE NO. 6:12-cv-369 |
| | § |
| T-MOBILE USA, INC. | § |

## AFFIDAVIT OF ENGAGEMENT

I, David Keyzer, declare under penalty of perjury under the laws of the United States as follows:

1. I agree to act as the Court's technical advisor in this action. I will assist the Court in educating itself in the terminology and theory disclosed by the evidence as the Court deems necessary. I will act as a sounding board for the Court to think through the scientific significance of the evidence, and will assist the court in determining the validity of any scientific evidence, hypothesis or theory on which the experts base their testimony. In so doing, I will to the best of my ability respond in a manner consistent with generally accepted knowledge in the relevant area.

2. I understand and agree that I am not to engage in any independent investigation of the litigation, provide evidence to the Court, or contact any party or witness in this action.

3. I affirm that I am a neutral third party in regard to this action, with no ideological, financial or professional interest in the outcome of the litigation.

4. I affirm that I have never had, nor presently have, nor anticipate in the future having any financial, business or personal relationship with either party, including stock ownership, grant money, consulting or employment.

5. I agree that I will not acquire any stock in any party until final resolution of this action, nor use or seek to benefit from any confidential information I may acquire in the course of this engagement.

6. I understand and agree that if I become aware of any conflict or potential conflict, including any grant money or other compensation going to my current employer from any party, that I am to inform the Court immediately.

7. I understand and agree that should any party contact me (except to provide payment as set forth in the Order), or should any person seek to communicate with me about any substantive issue in this litigation, I will inform the Court immediately of all facts and circumstances concerning such contact.

8. I agree to keep accurate records of my time and submit statements for the Court's review showing the hours I have expended on matters referred to me by the Court. I agree to also

provide the parties with invoices of amounts due.

Executed this 13th day of January 2014

_____
David Keyzer