**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-22** |
| **ALCATEL-LUCENT USA, INC. , ET AL.** | § | |

_____

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-122** |
| **ALCATEL-LUCENT USA, INC. , ET AL.** | § | |

_____

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-123** |
| **ALCATEL-LUCENT USA, INC. , ET AL.** | § | |

_____

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:13-cv-49** |
| **ERICSSON INC., ET AL.** | § | |

_____

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:13-cv-50** |
| **ERICSSON INC., ET AL.** | § | |

_____

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-369** |
| **T-MOBILE USA, INC.** | § | |

_____

**PROPOSED ORDER**

Before the Court is the Defendants' Unopposed Motion for Leave to File Three-Page Sur-Reply Claim Construction Brief.

Having considered the matter, Defendants' Unopposed Motion for Leave to File Three-Page Sur-Reply Claim Construction Brief is GRANTED.

**SIGNED this 15th day of January, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE