**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-22** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-122** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-123** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:13-cv-49** |
| **ERICSSON INC., ET AL.** | § § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:13-cv-50** |
| **ERICSSON INC., ET AL.** | § § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § | **CASE NO. 6:12-cv-369** |

| | |
|---|---|
| **T-MOBILE USA, INC.** | § <br> § |

## ORDER

The Court has scheduled a claim construction hearing for 1:30 p.m. on February 13, 2014 in the above-referenced causes of action. The parties shall file a P.R. 4-5(d) joint claim construction chart on or before February 6, 2014 and send courtesy copies of the chart to the Court and the technical advisor.

**IT IS SO ORDERED.**
**SIGNED this 31st day of January, 2014.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE