# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-CV-22** |
| **ALCATEL-LUCENT USA, INC., ET AL** | § § § | |
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-CV-122** |
| **ALCATEL-LUCENT USA, INC., ET AL** | § § § | |
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-CV-123** |
| **ALCATEL-LUCENT USA, INC., ET AL** | § § § | |
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-CV-49** |
| **ERICSSON INC., ET AL** | § § | |
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-CV-50** |
| **ERICSSON INC., ET AL** | § § | |
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-CV-369** |

| | |
|---|---|
| **T-MOBILE USA, INC.** | § |

## NOTICE OF COMPLIANCE WITH P.R. 4-5(d)

Pursuant to the Court's Order dated January 31, 2014, Plaintiff Adaptix, Inc., hereby files the attached P.R. 4-5(d) joint claim construction chart (Exhibit A).

| | |
|---|---|
| Date: February 06, 2014 | Respectfully submitted, |
| | By: */s/ Craig Tadlock*<br>Paul J. Hayes<br>Samiyah Diaz<br>Steven E. Lipman<br>**HAYES MESSINA GILMAN & HAYES, LLC**<br>200 State Street, 6th Floor<br>Boston, MA 02109<br>Tel: (617) 439-4200<br>Fax: (617) 443-1999<br>Email:  phayes@hayesmessina.com<br>Email:  sdiaz@hayesmessina.com<br>Email:  slipman@hayesmessina.com<br><br>Craig Tadlock<br>Texas State Bar No. 00791766<br>Keith Smiley<br>Texas State Bar No. 24064869<br>**TADLOCK LAW FIRM PLLC**<br>2701 Dallas Parkway, Suite 360<br>Plano, Texas 75093<br>Phone:  (903) 730-6789<br>Email:  craig@tadlocklawfirm.com<br>          keith@tadlocklawfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF ADAPTIX, INC.** |

**CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of February, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                   */s/ Craig Tadlock*
                                                   Craig Tadlock