# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-22** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § | |
| **ADAPTIX, INC.** | § § | |
| v. | § § § | **CASE NO. 6:12-cv-122** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § | |
| **ADAPTIX, INC.** | § § | |
| v. | § § § | **CASE NO. 6:12-cv-123** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § | |
| **ADAPTIX, INC.** | § § | |
| v. | § § § | **CASE NO. 6:13-cv-49** |
| **ERICSSON INC., ET AL.** | § § | |
| **ADAPTIX, INC.** | § § | |
| v. | § § § | **CASE NO. 6:13-cv-50** |
| **ERICSSON INC., ET AL.** | § § | |
| **ADAPTIX, INC.** | § § | |
| v. | § | **CASE NO. 6:12-cv-369** |

|  |  |
|---|---|
| T-MOBILE USA, INC. | §<br>§ |

**ORDER REGARDING CLAIM CONSTRUCTION HEARING**

The Court has scheduled a claim construction hearing February 13, 2014 at **1:30 p.m.** in Tyler, Texas. Each side is limited to 1.5 hours for claim construction argument. Given the limited time available for the hearing, the Court encourages the parties, in preparing for the hearing, to carefully consider the time constraints in choosing which disputed claim terms actually warrant oral argument.

**SIGNED this 10th day of February, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE