# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ALCATEL-LUCENT USA, INC., and<br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS,<br><br>    Defendants. | Civil Action No. 6:12-cv-0122<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants Alcatel-Lucent USA, Inc. and Cellco Partnership d/b/a Verizon Wireless file this Notice of Appearance as Counsel and hereby notify the Court that Allen F. Gardner of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants Alcatel-Lucent USA, Inc. and Cellco Partnership d/b/a Verizon Wireless. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 12, 2014

                                              Respectfully submitted,

                                              By: */s/ Allen F. Gardner*
                                              Allen F. Gardner
                                              State Bar No. 24043679
                                              allengardner@potterminton.com
                                              POTTER MINTON
                                              A Professional Corporation
                                              110 N. College, Suite 500
                                              Tyler, Texas  75702
                                              903 597 8311
                                              903 593 0846 (Facsimile)
                                              **ATTORNEY FOR DEFENDANT,**
                                              **ALCATEL-LUCENT USA, INC. AND**
                                              **CELLCO PARTNERSHIP D/B/A**
                                              **VERIZON WIRELESS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 12, 2014.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*