IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JUDGE CAROLINE M. CRAVEN
TECHNICAL ADVISOR DAVID KEYZER
COURTROOM DEPUTY LYNN SIEBEL
COURT REPORTERS CHRISTINA BICKHAM and TONYA JACKSON

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § § | |
| v. | § § | CASE NO. 6:12-cv-22 |
| ALCATEL-LUCENT USA, INC. , ET AL. | § § § § | |

| | | |
|---|---|---|
| ADAPTIX, INC. | § § | |
| v. | § § | CASE NO. 6:12-cv-122 |
| ALCATEL-LUCENT USA, INC. , ET AL. | § § § | |

| | | |
|---|---|---|
| ADAPTIX, INC. | § § | |
| v. | § § | CASE NO. 6:12-cv-123 |
| ALCATEL-LUCENT USA, INC. , ET AL. | § § § | |

| | | |
|---|---|---|
| ADAPTIX, INC. | § § | |
| v. | § § | CASE NO. 6:13-cv-49 |
| ERICSSON INC., ET AL. | § § § | |

ADAPTIX, INC.                              §

|                        |      |                        |
|------------------------|------|------------------------|
| **v.**                 | §    | **CASE NO. 6:13-cv-50** |
|                        | §    |                        |
|                        | §    |                        |
| **ERICSSON INC., ET AL.** | §    |                        |

---

|                        |      |                        |
|------------------------|------|------------------------|
| **ADAPTIX, INC.**      | §    |                        |
|                        | §    |                        |
| **v.**                 | §    | **CASE NO. 6:12-cv-369** |
|                        | §    |                        |
| **T-MOBILE USA, INC.** | §    |                        |

**ATTORNEYS FOR PLAINTIFF: SEE SIGN IN SHEET**
**ATTORNEYS FOR DEFENDANTS**: SEE SIGN IN SHEET

### 02/13/2014

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|------|---------|
| 1:06 pm | Matter called for Markman Hearing. |
|  | Attorney announcements. |
| 1:13 pm | 808 patent by plaintiff Mr. Anthony Miele |
| 1:37 pm | Mr. Doug Kubehl on behalf of Defendant. |
| 2:08 pm | Questions by Mr. David Keyzer.  Mr. Miele, Kubehl and Mr. Paul Haynes respond. |
| 2:14 pm | Mr. Miele responds re: 808 patent. |
| 2:19 pm | Mr. Kubehl responds. |
| 2:24 pm | Mr. Jeff Becker on behalf of Defendants. |
| 2:30 pm | Mr. Miele responds. |
| 2:33 pm | Mr. Miele presents terms 51 - 53. |
| 2:35 pm | Mr. Becker responds. |
| 2:39 pm | Mr. Miele. |
| 2:40 pm | Mr. Becker. |

| 2:41 pm | Mr.Miele. |
| --- | --- |
| 2:42 pm | Mr. Kubehl for Defendants. |
| 2:45 pm | Mr. Miele. |
| 2:47 pm | Questions by Mr. Keyzer. Mr. Kubehl responds.   Mr. Miele responds. |
| 2:52 pm | BREAK |
| 3:01 pm | Reconvene.  Mr. Miele. |
| 3:07 pm | Mr. Swedlow |
| 3:23 pm | Mr. Miele. |
| 3:28 pm | Mr. Swedlow. |
| 3:39 pm | Mr. Miele. |
| 3:53 pm | Mr. Swedlow. |
| 3:56 pm | Mr. Miele. |
| 3:57 pm | Questions by Mr. Keyzer.  Mr. Swedlow and Miele respond. |
| 4:03 pm | Mr. Miele. Terms from 315 patent |
| 4:07 pm | Mr. Kubel. |
| 4:19 pm | Mr. Miele. |
| 4:22 pm | Questions from Mr. Keyzer.  Mr. Kubel responds.  Mr. Miele responds. |
| 4:24 pm | Mr. Miele. |
| 4:27 pm | Mr. Swedlow  851 patent. |
| 4:37 pm | Order within 2 weeks.  Adjourn. |

# *MARKMAN HEARING*

## 02/13/2014

| ATTORNEY & LAW FIRM | CLIENT & CASE # |
|---|---|
| Chris Dunstan / Ericsson | |
| Jennifer Wells  Ericsson | |
| Sally Ridout / B&R | |
| Mike Jones | Sprint / AT&T / Alcatel / Verizon |
| Alen Gardner | " |
| Geoff Godfrey | Verizon |
| Robert Galvin | Verizon |
| Stephen Swedlow | Alcatel |
| Marc Kaplan | Alcatel |
| Mark McGrory | Sprint |
| Doug Kubehl | Ericsson / AT&T / Tmobile /Metro PCS |
| Jeff Becker | Ericsson / AT&T / Tmobile /Metro PCS |
| Michael Holden / Verizon Wireless | |
| STEPHEN SWEDLOW | ALCATEL / AT&T |
| MARC KAPLAN | ALCATEL / AT&T |
| P Hays | P/ Adaptix |
| Anthony Miele | Adaptix |
| Craig Tadlock | Adaptix |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |