**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| **v.** | § § | **CASE NO. 6:12-cv-22** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § | |

_____

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| **v.** | § § | **CASE NO. 6:12-cv-122** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § | |

_____

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| **v.** | § § | **CASE NO. 6:12-cv-123** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § | |

_____

## DECLARATION OF MARC L. KAPLAN

I, Marc L. Kaplan, declare and state the following:

1. My name is Marc L. Kaplan. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan LLP representing Defendants Alcatel-Lucent USA, Inc. and AT&T Mobility LLC. I am over the age of eighteen years, of sound mind, and competent in all respects to make this declaration. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Adaptix's Technology Tutorial as produced to Defendants by Adaptix via email on February 14, 2014.

Pursuant to 28 U.S.C. § 1746, I, Marc L. Kaplan, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of March, 2014, in Chicago, Illinois.

*/s/ Marc L. Kaplan*
Marc L. Kaplan