IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADAPTIX, INC.,                          §
                                        §
            Plaintiff,                  §
                                        §
vs.                                     §            Case No. 6:12-cv-00122
                                        §
ALCATEL-LUCENT USA, INC., et al.,       §
                                        §
            Defendants.                 §

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT ALCATEL-LUCENT USA, INC.**

Defendant, Alcatel-Lucent USA, Inc., notifies the Court and the parties of the appearance of Trey Yarbrough as counsel on its behalf.  Defendant respectfully requests that Mr. Yarbrough, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED:  March 19, 2014                  Respectfully submitted,


                                        */s/ Trey Yarbrough*
                                        Trey Yarbrough
                                        Bar No. 22133500
                                        YARBROUGH WILCOX GUNTER,
                                        PLLC
                                        100 E. Ferguson St., Ste. 1015
                                        Tyler, TX 75702
                                        (903) 595-3111
                                        Fax: (903) 595-0191
                                        trey@yw-lawfirm.com

                                        Attorney for Defendant Alcatel-Lucent
                                        USA, Inc.

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 19th day of March, 2014.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough