IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 6:12-cv-00122 |
| ALCATEL-LUCENT USA, INC., et al., | § § § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR DEFENDANT ALCATEL-LUCENT USA, INC.**

Defendant, Alcatel-Lucent USA, Inc., notifies the Court and the parties of the appearance of Debby Gunter as counsel on its behalf. Defendant respectfully requests that Ms. Gunter, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED:  March 19, 2014

Respectfully submitted,

*/s/ Debby Gunter*
Debby Gunter
Bar No. 24012752
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
debby@yw-lawfirm.com

Attorney for Defendant Alcatel-Lucent USA, Inc.

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 19th day of March, 2014. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Debby Gunter*
Debby Gunter