# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,**         ) <br>     Plaintiff,         ) <br>                                      ) <br> v.                                   ) <br>                                      ) <br> **ALCATEL-LUCENT USA, INC., et al.** ) <br>     Defendants,        ) <br>                                      ) | **CASE NO. 6:12-cv-22** <br> **JURY TRIAL DEMANDED** |
| **ADAPTIX, INC.,**         ) <br>     Plaintiff,         ) <br>                                      ) <br> v.                                   ) <br>                                      ) <br> **ALCATEL-LUCENT USA, INC., et al.** ) <br>     Defendants,        ) <br>                                      ) | **CASE NO. 6:12-cv-122** <br> **JURY TRIAL DEMANDED** |
| **ADAPTIX, INC.,**         ) <br>     Plaintiff,         ) <br>                                      ) <br> v.                                   ) <br>                                      ) <br> **ALCATEL-LUCENT USA, INC., et al.** ) <br>     Defendants,        ) <br>                                      ) | **CASE NO. 6:12-cv-123** <br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Plaintiff Adaptix, Inc. files this Notice of Appearance and hereby notifies the Court that Kevin Gannon of HAYES MESSINA GILMAN & HAYES LLC, 200 State Street, Sixth Floor, Boston, Massachusetts 02109, is appearing on behalf of Plaintiff Adaptix, Inc., in the above-referenced matter.

DATED: March 25, 2014                                  Respectfully submitted,

                                                                   */s/ Kevin Gannon*
                                                                   Kevin Gannon

                    **HAYES MESSINA GILMAN &**
                    **HAYES LLC**
                    200 State Street, Sixth Floor
                    Boston, Massachusetts 02109
                    Tel: (617) 345-6904
                    Email: kgannon@hayesmessina.com

*COUNSEL FOR PLAINTIFF,*
*ADAPTIX, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record March 25, 2014, via the Court's CM/ECF system.

                    */s/ Kevin Gannon*
                    Kevin Gannon