# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| v. | § | No. **6:12cv22** |
| **ALCATEL-LUCENT USA, INC., AND AT&T MOBILITY LLC** | § | |
| **ADAPTIX, INC.** | § | |
| v. | § | No. **6:12cv122** |
| **ALCATEL-LUCENT USA, INC. AND CELLCO PARTERNSHIP d/b/a VERIZON WIRELESS** | §§ | |
| **ADAPTIX, INC.** | § | |
| v. | § | No. **6:12cv123** |
| **ALCATEL-LUCENT USA, INC. AND SPRINT SPECTRUM L.P.** | § | |

### AMENDMENT TO SECOND AMENDED SCHEDULING AND DISCOVERY ORDER APPLICABLE TO CAUSE NO. 6:12CV122 ONLY

The Court amends the March 28, 2014 Second Amended Scheduling and Discovery Order (Docket Entry #s 154, 144 & 129) with regard to Cause No. **6:12cv122** as follows. The January 13, 2015 pretrial conference and trial scheduling deadline in Cause No. **6:12cv122** is moved to February 24, 2015 at 10:00 a.m. to reflect the Court's October 3, 2013 order granting Verizon's Unopposed Motion to Reschedule Pretrial Conferences. The deadline for the parties in Cause No. **6:12cv122** to exchange exhibits is extended to February 19, 2015. All other deadlines regarding all parties remain the same.

**IT IS SO ORDERED**.

**SIGNED this 1st day of April, 2014.**