# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0022** | |
| § | | |
| **ALCATEL-LUCENT USA, INC. and** § | | |
| **AT&T MOBILITY LLC,** § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0122** | |
| § | | |
| **ALCATEL-LUCENT USA, INC. and** § | | |
| **CELLCO PARTNERSHIP d/b/a/ VERIZON** § | | |
| **WIRELESS,** § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0123** | |
| § | | |
| **ALCATEL-LUCENT USA, INC. and** § | | |
| **SPRINT SPECTRUM, L.P.,** § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:13-cv-0049** | |
| § | | |
| **AT&T MOBILITY LLC, ERICSSON INC.,** § | | |
| **MetroPCS COMMUNICATIONS, INC., and** § | | |
| **TELEFONAKTIEBOLAGET LM** § | | |
| **ERICSSON,** § | | |
| Defendants. § | | |

| | |
|---|---|
| ADAPTIX, INC. §<br>       Plaintiff, §<br>v. §<br> §<br>AT&T MOBILITY LLC, ERICSSON INC., §<br>MetroPCS COMMUNICATIONS, INC., and §<br>TELEFONAKTIEBOLAGET LM §<br>ERICSSON, §<br>       Defendants. § | CIVIL ACTION NO. 6:13-cv-0050 |
| ADAPTIX, INC. §<br>       Plaintiff, §<br>v. §<br> §<br>T-MOBILE USA, INC., §<br>       Defendant. § | CIVIL ACTION NO. 6:12-cv-0369 |

**[PROPOSED ORDER] GRANTING ADAPTIX'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff Adaptix, Inc.'s ("Adaptix") Unopposed Motion for an Extension of Time to File its Surreply in Opposition to Defendants' Objections to Magistrate's Report and Motion for Reconsideration. Adaptix seeks to extend the deadline to April 23, 2014.

The Court having considered the motion hereby GRANTS the extension.

**SIGNED** this __24__ day of April, 2014.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE