**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendants. | Civil Action 6:12-cv-122 <br><br> **JURY TRIAL DEMANDED** |

**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS'**
**AMENDED CERTIFICATE OF INTERESTED PARTIES**

Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon"), by and through its undersigned counsel, hereby identifies the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:  Cellco Partnership d/b/a Verizon Wireless is indirectly wholly owned by Verizon Communications Inc.

Dated:  May 6, 2014 	Respectfully submitted,

  /s/ *Geoffrey M. Godfrey*
Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
Cortney C. Hoecherl
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Phone:  (650) 858-6000
Fax:  (650) 858-6100
mark.flanagan@wilmerhale.com
robert.galvin@wilmerhale.com
geoff.godfrey@wilmerhale.com
cortney.hoecherl@wilmerhale.com
ali.abugheida@wilmerhale.com

Michael E. Jones
Patrick C. Clutter, IV
POTTER MINTON, P.C.
110 North College, Suite 500
Tyler, TX  75710
Phone:  (903) 597-8311
mikejones@potterminton.com
patrickclutter@potterminton.com

*Attorneys for Defendant and Counterclaim-Plaintiff*
Cellco Partnership d/b/a Verizon Wireless

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 6, 2014.

  /s/ *Geoffrey M. Godfrey*
Geoffrey M. Godfrey

ActiveUS 127780363v.1