**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC, <br><br> Defendants. | Civil Action 6:12-cv-0022 |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendants. | Civil Action 6:12-cv-0122 |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM L.P., <br><br> Defendants. | Civil Action 6:12-cv-0123 |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO SUBSTITUTE FIRST AMENDED MOTION TO ISSUE LETTER
<u>OF REQUEST TO SAMSUNG ELECTRONICS CO., LTD.</u>**

After considering Defendant Alcatel-Lucent USA, Inc.'s Unopposed Motion for Leave to

Substitute First Amended Motion to Issue Letter of Request to Samsung Electronics Co., Ltd.,

the Court finds that the motion should be granted.

It is, therefore, Ordered that Defendant Alcatel-Lucent USA, Inc. is hereby granted leave to file its First Amended Motion to Issue Letter of Request to Samsung Electronics Co., Ltd. in the place of its original Motion to Issue Letter of Request.

It is further Ordered that the time for Plaintiff Adaptix, Inc. to file any Response to the First Amended Motion will begin to run on the date that the First Amended Motion is served on Plaintiff under the Local Rules.

**SIGNED this 6th day of May, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE