IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. , ET AL. | CASE NO. 6:12-cv-22 |
| ADAPTIX, INC.<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. , ET AL. | CASE NO. 6:12-cv-122 |
| ADAPTIX, INC.<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. , ET AL. | CASE NO. 6:12-cv-123 |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

The Unopposed Motion to Withdraw Edward M. Mullins and Regan N. Kruse, of the law firm Astigarraga Davis Mullins & Grossman, P.A., as Counsel of Record shall be, and is hereby, GRANTED.  Accordingly, the Clerk shall terminate Edward M. Mullins and Regan N. Kruse as Counsel of Record.

**SIGNED this 9th day of May, 2014.**
So ORDERED and SIGNED this _____ day of _____, 2014.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE