# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT FO TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-22** |
| **ALCATEL-LUCENT USA, INC., et al.** | § | |
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-122** |
| **ALCATEL-LUCENT USA, INC., et al.** | § | |
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-123** |
| **ALCATEL-LUCENT USA, INC., et al.** | § | |

## PLAINTIFF'S NOTICE THAT MOTION TO COMPEL
## SOURCE CODE IS RIPE FOR DETERMINATION

Plaintiff Adaptix, Inc. ("Adaptix") hereby notifies the Court that its Motion to Compel Source Code production by Defendant Alcatel-Lucent USA, Inc. ("ALU") (Dkt. No. 157 in Case No. 6:12-cv-22; Dkt. No. 147 in Case No. 6:12-cv-122; and Dkt. No. 132 in Case No. 6:12-cv-123) is ripe for determination.

Adaptix believes that the last filing on this Motion was Adaptix's reply brief on April 28, 2014. The deadline for ALU to file a sur-reply was May 8, 2014, but no sur-reply was filed.

Adaptix believes that an expedited ruling on this Motion would be helpful to the parties and the Court, particularly in light of the upcoming deadline for expert reports (June 23) and other deadlines occurring in the near future. Even with an expedited ruling, Adaptix believes

that an extension of the expert report deadline is needed, and Adaptix is filing a motion, contemporaneously with this Notice, for such an extension.

If the Court needs further argument to resolve the Motion to Compel Source Code, Adaptix is prepared to appear for oral argument on the Motion at the Court's earliest convenience.

Dated: May 14, 2014                                      Respectfully submitted,

                                                      */s/  Craig Tadlock*
Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

Paul J. Hayes
Kevin Gannon
Steve Lipman
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel:  (617) 345-6900
Fax:  (617) 443-1999
Email:  phayes@hayesmessina.com
Email:  kgannon@hayesmessina.com
Email:  slipman@hayesmessina.com

**ATTORNEYS FOR PLAINTIFF
ADAPTIX, INC.**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on May 14, 2014.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                          */s/ Craig Tadlock*
                                          Craig Tadlock