# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0022** |
| **ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC,** | § § § § | |
| Defendants. | § § § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0122** |
| **ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP, d/b/a/ VERIZON WIRELESS,** | § § § § § | |
| Defendants. | § § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0123** |
| **ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM, L.P.,** | § § § § | |
| Defendants. | § § § | |

**[PROPOSED] ORDER GRANTING ADAPTIX INC.'S MOTION TO MODIFY THE COURT'S SCHEDULING AND DISCOVERY ORDER**

06057811

Before the Court is Adaptix's Motion to Modify the Court's Scheduling and Discovery Order.  The Court having considered the Motion,

IT IS THEREFORE ORDERED that Adaptix's Opposed Motion to Modify the Court's Scheduling and Discovery Order be GRANTED.