# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br>　　Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC., et al.<br>　　Defendants, | **CASE NO. 6:12-cv-22**<br>**JURY TRIAL DEMANDED** |
| ADAPTIX, INC.,<br>　　Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC., et al.<br>　　Defendants, | **CASE NO. 6:12-cv-122**<br>**JURY TRIAL DEMANDED** |
| ADAPTIX, INC.,<br>　　Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC., et al.<br>　　Defendants, | **CASE NO. 6:12-cv-123**<br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Plaintiff Adaptix, Inc. files this Notice of Appearance and hereby notifies the Court that Robert R. Gilman of HAYES MESSINA GILMAN & HAYES LLC, 200 State Street, Sixth Floor, Boston, Massachusetts 02109, is appearing on behalf of Plaintiff Adaptix, Inc., in the above-referenced matters.

DATED: May 28, 2014　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Robert R. Gilman*
　　　　　　　　　　　　　　　　　　　　　　　Robert R. Gilman

                                        **HAYES MESSINA GILMAN &**
                                         **HAYES LLC**
                                         200 State Street, Sixth Floor
                                         Boston, Massachusetts 02109
                                         Tel: (617) 345-6904
                                         Email: rgilman@hayesmessina.com

                                         *COUNSEL FOR PLAINTIFF,*
                                         *ADAPTIX, INC.*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served upon all counsel of record on May 28, 2014, via the Court's CM/ECF system.

                                                     /s/ *Robert R. Gilman*
                                                    Robert R. Gilman