Revised: 8/21/2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
Tyler DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By DCollazo at 11:18 am, May 29, 2014

1. This application is being made for the following: Case # 6:12-cv-00122
Style/Parties: ADAPTIX, INC. v. ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a V

2. Applicant is representing the following party/ies: Adaptix, Inc.

3. Applicant was admitted to practice in MA (state) on 12/17/1991 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⦿has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⦿has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⦿has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
United States District Court for the District of Massachusetts

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Joseph P. Messina do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 05/28/2014    Signature /s/ Joseph P. Messina    (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Joseph P. Messina
Bar Number /State: 559328
Firm Name: Hayes Messina Gilman & Hayes LLC
Address/P.O. Box: 200 State Street, 6th Floor
City/State/Zip: Boston, MA 02109
Telephone #: 617-345-6900
Fax #: 617-443-1999
E-mail Address: jmessina@hayesmessina.com
Secondary E-Mail Address: docketing@hayesmessina.com

This application has been approved for the court on: 5/29/14

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _Debbie Collazo_ (signature)
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

Email Application