**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:12-cv-0022** |
| | § | |
| **ALCATEL-LUCENT USA, INC. and** | § | |
| **AT&T MOBILITY LLC,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| **ADAPTIX, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL ACTION NO. 6:12-cv-0122** |
| | § | |
| **ALCATEL-LUCENT USA, INC. and** | § | |
| **CELLCO PARTNERSHIP d/b/a/** | § | |
| **VERIZON WIRELESS,** | § | |
| | § | |
| **Defendants.** | § | |
| **ADAPTIX, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL ACTION NO. 6:12-cv-0123** |
| | § | |
| **ALCATEL-LUCENT USA, INC. and** | § | |
| **SPRINT SPECTRUM, L.P.,** | § | |
| | § | |
| **Defendants.** | § | |

06068149

### ORDER GRANTING OPPOSED MOTION FOR LEAVE TO FILE
### SUR-SUR-REPLY IN SUPPORT OF MOTION TO MODIFY
### THE SCHEDULING AND DISCOVERY ORDER

Having considered Plaintiff Adaptix, Inc.'s Motion for Leave to File a Sur-Sur-Reply in Support of its Motion to Modify the Scheduling and Discovery Deadline, the Court hereby **GRANTS** said Motion.

It is therefore ORDERED that leave is granted for the filing of Plaintiff Adaptix, Inc.'s Sur-Sur-Reply brief.

**SIGNED this 30th day of May, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE