**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC, <br><br> Defendants. | Civil Action 6:12-cv-0022 |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendants. | Civil Action 6:12-cv-0122 |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM L.P., <br><br> Defendants. | Civil Action 6:12-cv-0123 |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
<u>FOR DEFENDANT ALCATEL-LUCENT USA, INC.</u>**

The Court, having considered the Unopposed Motion for Withdrawal of Counsel filed by Defendant, Alcatel-Lucent USA, Inc., hereby grants the motion.

It is, therefore, Ordered that Debby E. Gunter is hereby terminated as counsel for Defendant, Alcatel-Lucent USA, Inc., in the above-captioned civil action.

It is further Ordered that the Clerk of the Court terminate any further ECF notices to Debby E. Gunter in this action.

**SIGNED this 13th day of June, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE