## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| v. | § | No. 6:12-cv-0020-MHS-CMC |
| PANTECH WIRELESS, INC., and | § | |
| CELLCO PARTNERSHIP *d/b/a* | | |
| VERIZON WIRELESS | § | |

_____

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| v. | § | No. 6:12-cv-0120-MHS-CMC |
| CELLCO PARTNERSHIP *d/b/a* | § | |
| VERIZON WIRELESS, | | |
| LG ELECTRONICS, INC., and | § | |
| LG ELECTRONICS USA, INC. | | |

_____

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| v. | § | No. 6:12-cv-0122-MHS-CMC |
| ALCATEL-LUCENT USA, INC. and | § | |
| CELLCO PARTNERSHIP *d/b/a* | | |
| VERIZON WIRELESS | § | |

_____

## JOINT NOTICE OF AGREED MEDIATOR

Counsel for Adaptix, Inc. ("Adaptix") and Counsel for Cellco Partnership d/b/a Verizon

Wireless ("Verizon") have conferred and agreed to select the Honorable Edward A. Infante to

serve as mediator as between Adaptix and Verizon in the above-captioned cases.  Adaptix and

Verizon mediated with Judge Infante on June 4, 2014, in San Jose, CA.  Judge Infante may be

contacted at:

> JAMS, The Resolution Experts
> Two Embarcadero Center, Suite 1500
> San Francisco, CA  94111
> Email:  schan@jamsadr.com
> Office:  415-982-5267
> Direct Dial:  415-774-2611
> Fax:  415-982-5287


Dated:  June 18, 2014                          Respectfully submitted,

By: */s/ Craig Tadlock*                        By: */s/  Geoffrey M. Godfrey*

Paul J. Hayes                                  Mark D. Flanagan
Steven E. Lipman                               Robert M. Galvin
Kevin Gannon                                   Geoffrey M. Godfrey
HAYES MESSINA GILMAN                           WILMER CUTLER PICKERING
   & HAYES LLC                                    HALE AND DORR LLP
200 State Street, 6th Floor                    950 Page Mill Road
Boston, MA 02109                               Palo Alto, CA  94304
Tel: (617) 439-4200                            Phone:  (650) 858-6000
Fax: (617) 443-1999                            Fax:  (650) 858-6100
Email: phayes@hayesmessina.com                 mark.flanagan@wilmerhale.com
Email: slipman@hayesmessina.com                robert.galvin@wilmerhale.com
Email: kgannon@hayesmessina.com                geoff.godfrey@wilmerhale.com

Craig Tadlock                                  Michael E. Jones
Keith Smiley                                   State Bar No. 10929400
TADLOCK LAW FIRM PLLC                          POTTER MINTON P.C.
2701 Dallas Parkway, Suite 360                 110 North College, Suite 500
Plano, TX  75093                               Tyler, TX  75710
Phone:  (903) 730-6789                         Phone:  (903) 597-8311
craig@tadlocklawfirm.com                       mikejones@potterminton.com
keith@tadlocklawfirm.com

**Attorneys for ADAPTIX, INC.**                **Attorneys for CELLCO PARTNERSHIP
                                               d/b/a VERIZON WIRELESS**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for all parties in this consolidated case conferred and agreed to the mediator as submitted herein.

 */s/ Craig Tadlock*
Craig Tadlock

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2014, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

 */s/ Craig Tadlock*
Craig Tadlock