# United States District Court
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| V | § | Case No. 6:12CV20 |
| | § | |
| PANTECH WIRELESS, INC, et al | § | |

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| V | § | Case No. 6:12CV120 |
| | § | |
| CELLCO PARTNERSHIP, et al | § | |

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| V | § | Case No. 6:12CV122 |
| | § | |
| ALCATEL-LUCENT USA, INC, et al | § | |
| | § | |

## AMENDED ORDER REFERRING CASE TO MEDIATION

Comes now the Court and ORDERS that Adaptix, Inc. and Cellco Partnership d/b/a Verizon Wireless be submitted to mediation in accordance with the Court's Mediation Plan. This order amends docket entry #217 in  6:12cv20, #194 in 6:12cv120, and #197 in 6:12cv122.  The mediator assigned is the Honorable Edward A. Infante, JAMS, The Resolution Experts, Two Embarcadero Center, Suite 1500, San Francisco, CA  94111, 415/774-2611.  The Court appoints Craig Tadlock as lead counsel who shall be responsible for working with the mediator and counsel to coordinate a date for the mediation which shall be completed on or before August 15, 2014.

Upon completion of the mediation, the mediator shall submit a report to the presiding judge within five days of the completion of the mediation conference.

**SIGNED this 20th day of June, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE