**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> Alcatel-Lucent USA Inc., et al. <br><br> Defendants. | Civil Action 6:12-cv-22 <br><br> JURY TRIAL DEMANDED |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> Alcatel-Lucent USA Inc., et al. <br><br> Defendants. | Civil Action 6:12-cv-122 <br><br> JURY TRIAL DEMANDED |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> Alcatel-Lucent USA Inc., et al. <br><br> Defendants. | Civil Action 6:12-cv-123 <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO
COMPEL PRODUCTION OF DOCUMENTS FROM COLLATERAL ACTION**

Before the Court is Defendants' (Alcatel-Lucent USA Inc., AT&T Mobility LLC, and Sprint Spectrum LP) Unopposed Motion to Compel Adaptix to Produce Testimony and Exhibits from ITC Investigation No. 337-TA-871. The Court having considered the Motion and related documents hereby grants the Defendants' motion.

IT IS THEREFORE, ORDERED, that Defendants' motion is **GRANTED**. The Court orders Adaptix to produce all testimony of Adaptix witnesses from ITC Investigation No. 337-TA-871, whether from depositions or hearings or otherwise, in unredacted form, along with all exhibits thereto, in unredacted form.

Dated: 7/1/14

By: /s/ Caroline M. Craven

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE