# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | Civil Action 6:12-cv-0022 |
| **ALCATEL-LUCENT USA, INC., and AT&T MOBILITY LLC** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | Civil Action 6:12-cv-122 |
| **ALCATEL-LUCENT USA, INC., and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS** | § § § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | Civil Action 6:12-cv-123 |
| **ALCATEL-LUCENT USA, INC., and SPRINT SPECTRUM L.P.** | § § § | |

## ORDER

Before the Court is Defendant Alcatel-Lucent USA, Inc. ("ALU") First Amended Motion to Issue Letter of Request to Samsung Electronics Co., Ltd. under the Hague Convention on the Taking of Evidence Abroad in Civil and Criminal Matters (Docket Entry # 174). The Court, having considered the relevant briefing and further considering the Court has denied ALU's motion for leave to file a second amended answer asserting two new affirmative defenses, the Court is of the opinion the current motion should be **DENIED**. *See also Seoul Semiconductor Co., Ltd. v. Nichia Corp.*, 590 F.Supp.2d 832 (E.D. Tex. 2008).

**IT IS SO ORDERED.**

**SIGNED this 2nd day of July, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE