# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC,<br><br>Defendants. | Civil Action 6:12-cv-0022 |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendants. | Civil Action 6:12-cv-0122 |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM L.P.,<br><br>Defendants. | Civil Action 6:12-cv-0123 |

**PROPOSED ORDER AND STIPULATION AND AGREED MOTION TO MODIFY THE EXPERT DISCOVERY DEADLINES**

IT IS HEREBY ORDERED THAT the Court GRANTS the parties' Stipulation and Agreed Motion, and the expert discovery deadlines will be modified as agreed to and set forth below.

| Pretrial Event | Deadline |
| --- | --- |
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof (¶ 5) | July 28, 2014 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof (¶ 5) | August 28, 2014 |
| Expert discovery deadline | September 12, 2014 |

**SIGNED this 7th day of July, 2014.**
DATED: July __, 2014                                                                  _____

*Caroline M. Craven* (signature)
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE