## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0022** | |
| § | | |
| **ALCATEL-LUCENT USA, INC.** and § | | |
| **AT&T MOBILITY LLC,** § | | |
| Defendants. § | | |
| § | | |
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0122** | |
| § | | |
| **ALCATEL-LUCENT USA, INC.** and § | | |
| **CELLCO PARTNERSHIP, d/b/a/** § | | |
| **VERIZON WIRELESS,** § | | |
| Defendants. § | | |
| § | | |
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0123** | |
| § | | |
| **ALCATEL-LUCENT USA, INC.** and § | | |
| **SPRINT SPECTRUM, L.P.,** § | | |
| Defendants. § | | |

### CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

The following document (Exhibit A to Plaintiff's Motion for Leave to Supplement Infringement Contentions Pursuant to P.R. 3-6(b)) is being filed Under Seal in accordance with the Protective Order entered in each of these cases (6:12-cv-0022; Dkt. No. 68) (6:12-cv-00122; Dkt. No. 51) (6:12-cv-0123; Dkt. No. 45).

Dated: August 4, 2014               Respectfully submitted,

/s/ *Paul J. Hayes*
Paul J. Hayes
Steven E. Lipman
**HAYES MESSINA GILMAN & HAYES LLC**

200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: slipman@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 5, 2014. As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(b)(1).

*/s/ Paul J. Hayes*
Paul J. Hayes