IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
EASTERN DIVISION

| | | |
|---|---|---|
| Adaptix, Inc. | § § § | |
| Plaintiff, | § § | |
| v | § § | Civil Action No. 6:12-cv-00122 |
| Alcatel-Lucent USA, Inc., et al. | § § | |
| Defendant. | § § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on August 7, 2014 with Defendant, LG Electronics. The conference resulted in **mediator will continue working with the parties**. All parties and counsel were present.

Note from the Mediator (if any):

Signed this 11th day of August, 2014.

_____
Harlan Martin, Assigned Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2014, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager