# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendants. | Civil Action No. 6:12-cv-122 <br><br> **JURY TRIAL DEMANDED** |

## CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS' NOTICE OF APPEARANCE BY S. DENNIS WANG

Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") files this Notice of Appearance of Counsel and hereby notifies the Court that S. Dennis Wang of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304, Dennis.Wang@wilmerhale.com, is appearing as counsel for Defendant and Counterclaim-Plaintiff Verizon. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: August 15, 2014         /s/ S. Dennis Wang
                               Mark D. Flanagan
                               Robert M. Galvin
                               Geoffrey M. Godfrey
                               Cortney C. Hoecherl
                               S. Dennis Wang
                               WILMER CUTLER PICKERING
                                  HALE AND DORR LLP
                               950 Page Mill Road
                               Palo Alto, CA 94304
                               Phone: (650) 858-6000
                               Fax: (650) 858-6100
                               mark.flanagan@wilmerhale.com
                               robert.galvin@wilmerhale.com
                               geoff.godfrey@wilmerhale.com
                               cortney.hoecherl@wilmerhale.com
                               dennis.wang@wilmerhale.com

                               Michael E. Jones
                               Patrick C. Clutter, IV
                               POTTER MINTON, P.C.
                               110 North College, Suite 500
                               Tyler, TX 75710
                               Phone: (903) 597-8311
                               mikejones@potterminton.com
                               patrickclutter@potterminton.com

                               *Attorneys for Defendant and Counterclaim-Plaintiff*
                               Cellco Partnership d/b/a Verizon Wireless

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 15, 2014.

                               /s/ S. Dennis Wang
                               S. Dennis Wang