# IN THE UNITED STATES DISTRICT COURT

# OF THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-22** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-122** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-123** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-369** |
| **T-MOBILE USA, INC.** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:13-cv-49** |
| **ERICSSON INC., ET AL.** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |

| | | |
|---|---|---|
| **v.** | § | **CASE NO. 6:13-cv-50** |
| | § | |
| **ERICSSON INC., ET AL.** | § | |

### ORDER

Before the Court is the following pending motion: Defendants' Opposed Motion for Expedited Briefing for Defendants' Motion to Strike Portions of Dr. Well's Report (Docket Entry #s 235, 229, 209, 136, 156 & 153). Defendants request the Court order expedited briefing on Defendants' Motion to Strike Portions of Dr. Well's Report, filed August 18, 2014. Defendants assert there is good cause for expedited briefing because the parties are currently drafting rebuttal expert reports on these issues, and Defendants are concerned that after the motion is fully briefed and resolved by the Court, rebuttal reports will be written and expert depositions underway. If consideration of the motion is not expedited and Defendants' motion to strike is granted, Defendants state they will either have wasted time and resources responding to Dr. Wells' "new theories in their rebuttal reports, or the parties will have to supplement their expert reports later after rebuttal report deadlines, wasting additional time and resources." Mot. at pg. 2.

Adaptix opposes the motion to expedite, asserting they will be prejudiced if not allowed the full time under the Local Rules in which to file its response. *See* Local Rule CV-7(e)(14 days to file a response to a motion); *see also* Local Rule CV-6 (three days added to the prescribed period). The Court does not find good cause for expediting the briefing on Defendants' motion to strike. The parties may use whatever time is allowed pursuant to the Local Rules. Once the motion is fully briefed, the Court will take it up as soon as practicable. Accordingly, it is

**ORDERED** that Defendants' Opposed Motion for Expedited Briefing for Defendants' Motion to Strike Portions of Dr. Well's Report (Docket Entry #s 235, 229, 209, 136, 156 & 153) is

hereby **DENIED.**

**SIGNED this 22nd day of August, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE