# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC,<br><br>Defendants. | Civil Action 6:12-cv-0022 |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendants. | Civil Action 6:12-cv-0122 |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM L.P.,<br><br>Defendants. | Civil Action 6:12-cv-0123 |

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Civil Action 6:12-cv-369 |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, ERICSSON INC., METROPCS COMMUNCIATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>Defendants. | Civil Action 6:13-cv-049 |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, ERICSSON INC., METROPCS COMMUNCIATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>Defendants. | Civil Action 6:12-cv-050 |

## [PROPOSED] ORDER GRANTING STIPULATION AND AGREED MOTION TO MODIFY EXPERT DISCOVERY DEADLINES

Before this Court is the parties' Stipulation and Agreed Motion To Modify Expert Discovery Deadlines. The Court having considered the Motion,

IT IS HEREBY ORDERED THAT the Court GRANTS the parties' Stipulation and Agreed Motion To Modify Expert Discovery Deadlines, and the expert discovery deadlines will be modified as agreed to and set forth below.

| Pretrial Event | Deadline |
| --- | --- |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof (¶ 5) | September 9, 2014 |
| Expert discovery deadline | September 24, 2014 |

**SIGNED this 29th day of August, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

04029.30083/6200004.1