## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., et al., <br><br> Defendants. | Civil Action No. 6:12-cv-0022 |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., et al., <br><br> Defendants. | Civil Action No. 6:12-cv-0122 |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., et al., <br><br> Defendants. | Civil Action No. 6:12-cv-0123 |

## NOTICE OF MEDIATOR AND COMPLIANCE

Plaintiff Adaptix, Inc., hereby files this Notice to inform the Court as follows:

Mediation in the above-captioned cases occurred on August 7, 2014, with the Honorable

Harlan A. Martin, whose contact information is as follows:

> The Honorable Harlan A. Martin
> JAMS
> 8401 N. Central Expressway, Suite 610
> Dallas, TX 75225
> Phone: 214-744-5267
> Email:  hmartin@jamsadr.com

September 8, 2014                    Respectfully submitted,


                                     /s/ Craig Tadlock
                                    Craig Tadlock
                                    Texas State Bar No. 00791766
                                    Keith Smiley
                                    Texas State Bar No. 24067869
                                    **TADLOCK LAW FIRM PLLC**
                                    2701 Dallas Parkway, Suite 360
                                    Plano, TX 75093
                                    Tel: (903) 730-6789
                                    Email: craig@tadlocklawfirm.com
                                    Email: keith@tadlocklawfirm.com

                                    Paul J. Hayes
                                    Kevin Gannon
                                    **HAYES MESSINA GILMAN & HAYES LLC**
                                    200 State Street, 6th Floor
                                    Boston, MA 02109
                                    Tel:  (617) 345-6900
                                    Fax:  (617) 443-1999
                                    Email:  phayes@hayesmessina.com
                                    Email:  kgannon@hayesmessina.com

                                    **ATTORNEYS FOR PLAINTIFF**
                                    **ADAPTIX, INC.**


<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this Document via email on September 8, 2014.

                                     /s/ Craig Tadlock