IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| v. | § | No. 6:12cv22 |
| ALCATEL-LUCENT USA, INC., AND | § | |
| AT&T MOBILITY LLC | § | |
| ADAPTIX, INC. | § | |
| v. | § | |
| ALCATEL-LUCENT USA, INC. AND | § | No. 6:12cv122 |
| CELLCO PARTERNSHIP d/b/a | § | |
| VERIZON WIRELESS | § | |
| ADAPTIX, INC. | § | |
| v. | § | |
| ALCATEL-LUCENT USA, INC. AND | § | No. 6:12cv123 |
| SPRINT SPECTRUM L.P. | § | |

**ORDER REGARDING DISPOSITIVE AND *DAUBERT* MOTIONS DEADLINE**

Before the Court is the parties' Stipulation and Agreed Motion to Modify the Dispositive and *Daubert* Motions Deadline (Docket Entry #s 253, 248 & 227). The Court, having reviewed the agreed motion, is of the opinion it should be **GRANTED, as modified**. Although the Court appreciates the parties' willingness to compress the briefing schedule on any dispositive and *Daubert* motions filed, the Court will not require them to do so in the above-referenced cases. Accordingly, it is

**ORDERED** the deadline for dispositive and *Daubert* motions is extended to October 17, 2014. In filing any responses, replies, and surreplies, the parties may use the time periods provided by the Federal and Local Rules.

**SIGNED this 22nd day of September, 2014.**

Page

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE