**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 6:13-cv-0049** | |
| § | | |
| **AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,** § § § § § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** § § § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:13-cv-0050** | |
| § | | |
| **AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,** § § § § § | | |
| Defendants. § § | | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** § § § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0369** | |
| § § | | |
| **T-MOBILE USA, INC.,** § § | | |
| Defendant. § § § | | |

| | |
|---|---|
| **ADAPTIX, INC.** § | |
| § | |
| Plaintiff, § | |
| § | |

|                                                                                      |   |                                   |
|--------------------------------------------------------------------------------------|---|-----------------------------------|
| v.                                                                                   | § | **CIVIL ACTION NO. 6:12-cv-0022** |
|                                                                                      | § |                                   |
| **ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC,**                                  | § |                                   |
|                                                                                      | § |                                   |
| Defendants.                                                                          | § |                                   |

|                                                                                      |   |                                   |
|--------------------------------------------------------------------------------------|---|-----------------------------------|
| **ADAPTIX, INC.**                                                                    | § |                                   |
|                                                                                      | § |                                   |
| Plaintiff,                                                                           | § |                                   |
| v.                                                                                   | § | **CIVIL ACTION NO. 6:12-cv-0122** |
|                                                                                      | § |                                   |
| **ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS,**         | § |                                   |
|                                                                                      | § |                                   |
| Defendants.                                                                          | § |                                   |

|                                                                                      |   |                                   |
|--------------------------------------------------------------------------------------|---|-----------------------------------|
| **ADAPTIX, INC.**                                                                    | § |                                   |
|                                                                                      | § |                                   |
| Plaintiff,                                                                           | § |                                   |
| v.                                                                                   | § | **CIVIL ACTION NO. 6:12-cv-0123** |
|                                                                                      | § |                                   |
| **ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM, L.P.,**                              | § |                                   |
|                                                                                      | § |                                   |
| Defendants.                                                                          | § |                                   |

**[~~PROPOSED~~] ORDER REGARDING UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE SURREPLY TO DEFENDANTS' MOTION TO STRIKE**

Before the Court is Adaptix's Unopposed Motion for a One-Day Extension of Time to File its Surreply to Defendants' Motion to Strike. 6:12-cv-22, Dkt. # 234 and 6:13-cv-49, Dkt. #155. The Court, having considered the Motion and the relief requested therein, GRANTS the Motion. Accordingly, it is hereby ORDERED that Adaptix's Surreply to Defendants' Motions to Strike shall be due Friday, September 26, 2014.

So Ordered

**SIGNED this 26th day of September, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE