# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-00022** | |
| § | | |
| **ALCATEL-LUCENT USA, INC. and** § | | |
| **AT&T MOBILITY LLC,** § | | |
| Defendants. § | | |
| § | | |
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-00122** | |
| § | | |
| **ALCATEL-LUCENT USA, INC. and** § | | |
| **CELLCO PARTNERSHIP d/b/a/** § | | |
| **VERIZON WIRELESS,** § | | |
| Defendants. § | | |
| § | | |
| **ADAPTIX, INC.** § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-00123** | |
| § | | |
| **ALCATEL-LUCENT USA, INC. and** § | | |
| **SPRINT SPECTRUM, L.P.,** § | | |
| Defendants. § | | |

## NOTICE OF APPEARANCE

Plaintiff Adaptix, Inc. files this Notice of Appearance and hereby notifies the Court that James J. Foster of HAYES MESSINA GILMAN & HAYES LLC, 200 State Street, Sixth Floor, Boston, Massachusetts 02109, is appearing on behalf of Plaintiff Adaptix, Inc., in the above-referenced matters.

06077641

Dated:  September 29, 2014

Respectfully submitted,

/s/ *James J. Foster*
James J. Foster
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel:  (617) 345-6900
Fax:  (617) 443-1999
Email:  jfoster@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record on September 29, 2014, via the Court's CM/ECF system.

/s/ *James J. Foster*
James J. Foster