# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC, <br><br> Defendants. | Civil Action 6:12-cv-022 |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendants. | Civil Action 6:12-cv-122 |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM L.P., <br><br> Defendants. | Civil Action 6:12-cv-123 |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

On this day the Court considered the Unopposed Motion for Extension of Time to File Response Brief, filed by Plaintiff Adaptix, Inc. ("Adaptix"). The Unopposed Motion requests an

06077794

extension of time for Adaptix to file its response to Defendants' Cross-Motion to Strike, which was filed on August 21, 2014.  *See* Dkt. No. 241 in Case No. 6:12-cv-22, Dkt. No. 236 in Case No. 6:12-cv-122, and Dkt. No. 215 in Case No. 6:12-cv-123.  Having considered the Motion, the fact that it is unopposed, and the pleadings in this case, the Court is of the opinion that the Unopposed Motion for Extension should be GRANTED.

It is therefore ORDERED that the deadline for Adaptix to file its response in opposition to Defendants' Cross-Motion to Strike is hereby extended until Monday, September 29, 2014.

**SIGNED this 30th day of September, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE