# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** <br> v. <br> **AT&T, INC., et al.** | § § § | **No. 6:12cv17** |
| **ADAPTIX, INC.** <br> v. <br> **PANTECH WIRELESS, INC., et al.** | § § § | **No. 6:12cv20** |
| **ADAPTIX, INC.** <br> v. <br> **ALCATEL-LUCENT USA, INC. , AND AT&T MOBILITY LLC** | § § § § | **No. 6:12cv22** |
| **ADAPTIX, INC.** <br> v. <br> **CELLCO PARTNERSHIP, et al.** | § § § | **No. 6:12cv120** |
| **ADAPTIX, INC.** <br> v. <br> **ALCATEL-LUCENT USA, INC. AND CELLCO PARTERNSHIP d/b/a VERIZON WIRELESS** | § § § § § | **No. 6:12cv122** |
| **ADAPTIX, INC.** <br> v. <br> **ALCATEL-LUCENT USA, INC. AND SPRINT SPECTRUM L.P.** | § § § § | **No. 6:12cv123** |
| **ADAPTIX, INC.** <br> v. <br> **T-MOBILE USA, INC.** | § § § | **No. 6:12cv369** |
| **ADAPTIX, INC.** <br> v. <br> **ERICSSON, INC., et al.** | § § § | **No. 6:13cv49** |
| **ADAPTIX, INC.** <br> v. <br> **ERICSSON, INC., et al.** | § § § | **No. 6:13cv50** |

## ORDER REGARDING PRETRIAL CONFERENCES
## AND TRIAL SCHEDULING

The nine *Adaptix* cases referenced above have been referred to the undersigned for pretrial purposes and are being handled at this time in an informal consolidated fashion, in two different groups with their status being as follows:

**Informal group 1 (involving the '212 and '748 Patents)**

Cause Nos. 6:12cv17, 20, and 120 had a combined claim construction hearing March 5, 2014.  Cause No. 6:12cv17 is currently scheduled for a pretrial conference January 8, 2015, anticipating a trial in January or February of 2015. Related Cause Nos. 6:12cv20 and 6:12cv120 are scheduled for pretrial conferences February 23, 2015, anticipating trials in March.

**Informal group 2 (involving the '172, '808, '851, '283, and '315 Patents)**

Cause Nos. 6:12cv22, 122, 123, 369 and 6:13cv49 and 50 had a combined claim construction hearing on February 13, 2014. Because these cases have been handled in an informal consolidated manner, all six cases received pretrial settings in February of 2015, anticipating trials in March.  The pretrial conference dates are as follows:

| Feb. 16 | Feb. 17 | Feb. 18 | Feb. 19 | Feb. 20 |
|---|---|---|---|---|
| PRESIDENT'S DAY HOLIDAY | | PTC 6:12cv369 | PTC 6:13cv49 | PTC 6:13cv50 |
| Feb. 23 | Feb. 24 | Feb. 25 | Feb. 26 | Feb. 27 |
| PTC 6:12cv20 & 6:12cv120 | PTC 6:12cv122 | PTC 6:12cv22 | PTC 6:12cv123 | |

The Court will not be able to hold eight pretrial conferences within this two week time frame nor will it be able to try them all in March. In order to devote the required attention to prepare each *Adaptix* case for trial, and to provide realistic trial settings, the Court proposes the following schedule:[1]

- 6:12cv17 - January 8, 2015 pretrial conference remain as scheduled.

- 6:12cv20 - Pretrial conference be rescheduled to February 18, 2015 at 10:00 a.m.

---

[1] The Court will advise at a later date as to the new pretrial conference dates in 6:13cv438, -439, -440, -441, -443, -444, -445, and -446.

- 6:12cv120 - Pretrial conference be rescheduled to February 25, 2015 at 10:00 a.m.

At these pretrial conferences, these two cases will be given dates for trial in March 2015. Regarding the remaining cases, the Court would propose the following dates for pretrial conference as follows:

- 6:12cv22    March 24, 2015 at 10:00 a.m.
- 6:12cv122   March 25, 2015 at 10:00 a.m.
- 6:12cv123   April 23, 2015 at 10:00 a.m.
- 6:12cv369   April 24, 2015 at 10:00 a.m.
- 6:13cv49    May 27, 2015 at 10:0 a.m.
- 6:13cv50    May 28, 2015 at 10:00 a.m.

To the extent the parties have an alternate proposal for scheduling that would better streamline these cases for trial, the Court invites the parties to file their proposals on or before October 27, 2014.  The Court can discuss any submitted proposals with the parties at the hearing October 29.

To the extent the parties agree with the Court's proposals, within twenty-one days from the date of entry of this Order, the parties shall file joint amended scheduling and discovery orders, using the proposed pretrial conference dates and building in more time for other pretrial filing deadlines where appropriate. The parties shall not change substantive information contained in the body of the existing scheduling and discovery orders.

**It is SO ORDERED.**

SIGNED this 30th day of September, 2014.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE