# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-22** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-122** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-123** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:13-cv-49** |
| **ERICSSON INC., ET AL.** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:13-cv-50** |
| **ERICSSON, INC., ET AL.** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-369** |
| **T-MOBILE USA, INC.** | § | |

**PROPOSED ORDER**

Before the Court is Defendants' Motion for Leave to File Motion for Summary Judgment of Indefiniteness.  The Court having considered the Motion, the response, any reply thereto, and arguments of counsel, is of the opinion that Defendants' Motion is GRANTED.

**SIGNED this 7th day of October, 2014.**

*[signature: Caroline M. Craven]*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE