# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-cv-0049** |
| **AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,** | § § § § § § | |
| **Defendants.** | § | |
| **ADAPTIX, INC.** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-cv-0050** |
| **AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,** | § § § § § | |
| **Defendants.** | § § | |
| **ADAPTIX, INC.** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | **CIVIL ACTION NO. 6:12-cv-0369** |
| **T-MOBILE USA, INC.,** | § § § | |
| **Defendant.** | § § § | |
| **ADAPTIX, INC.** | § § § | |
| **Plaintiff,** | § § | |

06080360

|  |  |
|---|---|
| v.<br><br>**ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC,**<br><br>　　　　Defendants. | **CIVIL ACTION NO. 6:12-cv-0022** |
| **ADAPTIX, INC.**<br><br>　　　　Plaintiff,<br>v.<br><br>**ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS,**<br><br>　　　　Defendants. | **CIVIL ACTION NO. 6:12-cv-0122** |
| **ADAPTIX, INC.**<br><br>　　　　Plaintiff,<br>v.<br><br>**ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM, L.P.,**<br><br>　　　　Defendants. | **CIVIL ACTION NO. 6:12-cv-0123** |

**ORDER GRANTING ADAPTIX, INC.'S UNOPPOSED MOTION
FOR ONE-WEEK EXTENSION OF TIME TO FILE ITS OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT JUDGMENT OF
<u>INDEFINITENESS OF THE '172 PATENT</u>**

Before the Court is Adaptix's Unopposed Motion for a One-Week Extension of Time to file its Opposition to Defendants' Motion for Summary Judgment of Indefiniteness of the '172 Patent.  The Court, having considered the Motion, hereby GRANTS the Motion and allows the relief requested by Adaptix.  Accordingly, Adaptix's deadline for filing its Opposition to Defendants' Motion for Summary Judgment of Indefiniteness of the '172 Patent is extended through October 31, 2014, while the deadline for Defendants' Reply in Support of Their Motion for Summary Judgment of Indefiniteness of the '172 Patent is extended through November 17, 2014.

**SIGNED this 22nd day of October, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE