IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JUDGE CAROLINE M. CRAVEN
JENNIFER ORGERON LAW CLERK
COURTROOM DEPUTY LYNN SIEBEL
COURT REPORTER JAN MASON


| 6:12CV17  | ADAPTIX, INC V AT&T, INC, ET AL |
| 6:12CV20  | ADAPTIX, INC V PANTECH WIRELESS, INC, ET AL |
| 6:12CV22  | ADAPTIX, INC V ALCATEL-LUCENT USA, INC, ET AL |
| 6:12CV120 | ADAPTIX, INC V CELLCO PARTNERSHIP, ET AL |
| 6:12CV122 | ADAPTIX, INC V ALCATEL-LUCENT USA, INC, ET AL |
| 6:12CV123 | ADAPTIX, INC V ALCATEL-LUCENT USA, INC, ET AL |
| 6:12CV369 | ADAPTIX, INC V T-MOBILE USA, INC. |

ATTORNEYS FOR PLAINTIFF: SEE SIGN IN SHEET
ATTORNEYS FOR DEFENDANTS: SEE SIGN IN SHEET

10/29/2014

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 10:00 | Matter called for Plaintiff's Motion for Leave to Supplement Infringement Contentions and Defendants' Motions for Leave to File Amended Answer. |
|  | Attorney announcements. |
| 10:04 | James Foster presents on behalf of Plaintiff. |
| 10:07 | Doug Kubehl presents on behalf of Defendants re: The Unclean Hands Defense, The Timing of the Motion, Adaptix Argument, Lack of Prejudice to Adaptix, No Need for a Continuance. |
| 10:24 | Kevin Gannon on behalf of Plaintiff. |
| 10:32 | Mr.Foster on behalf of Plaintiff re: Motion to Amend. |
| 10:41 | Mr. Alex Chachkes on behalf of Defendant. Contributory Infringement. Was Adaptix diligent. Adaptix's Argument. Timeline. Adaptix lacked diligence. Would Defendants be Prejudice. |
| 10:55 | Mr. Foster replies. |

| | |
|---|---|
| 10:57 | Mr. Chachkes responds. Break. |
| 11:07 | Reconvene from Break |
| 11:08 | Mr. Foster on behalf of Plaintiff. Regarding Patent 172 |
| 11:15 | Mr. Dave Nelson responds. |
| 11:21 | Mr. Chachkes. |
| 11:29 | Mr. Foster. |
| 11:31 | Order will be filed within 2 weeks. |
| | Scheduling issues discussed. |
| 11:32 | Craig Tadlock on behalf of Plaintiff re: scheduling issues. |
| | PTC will be moved to March 23rd. |
| | Mr. Chachkes use same # of days |
| | Mr. Tadlock does not object. |
| | Mr. Tadlock addresses Alcotel dates. Would like to have PTC at same time |
| | Mr/ Godfrey would not object to PTC combined but does object to consolidating for trial. Calender is clear in June |
| | Mr. Dave Nelson does not object to PTC combined. Want May 27th or later. Clear in June. |
| | Mr. Godfrey responds. |
| | Mr. Bufe for Sprint. No obj to PTC consolidated. |
| | Mr. Tadlock prepared to go in March. |
| | Order will go out. |
| 11:44 | Adjourn |

# SIGN IN SHEET

6:12CV17 ADAPTIX, INC V AT&T, INC, ET AL
6:12CV20 ADAPTIX, INC V PANTECH WIRELESS, INC, ET AL
6:12CV22 ADAPTIX, INC V ALCATEL-LUCENT USA, INC, ET AL
6:12CV120 ADAPTIX, INC V CELLCO PARTNERSHIP, ET AL
6:12CV122 ADAPTIX, INC V ALCATEL-LUCENT USA, INC, ET AL
6:12CV123 ADAPTIX, INC V ALCATEL-LUCENT USA, INC, ET AL
6:12CV369 ADAPTIX, INC V T-MOBILE USA, INC.
6:13CV49 ADAPTIX, INC. V ERICSSON, INC, ET AL
6:13CV50 ADAPTIX, INC V ERICSSON, INC, ET AL

## MOTION HEARING
## 10/29/2014

| ATTORNEY | CLIENT |
| --- | --- |
| Craig Tadlock | Adaptix |
| James Foster | " |
| Kevin Gannon | " |
| Geoff Godfrey | Verizon Wireless |
| Doug Kubehl | Ericsson As, AT&T Mobility, T-Mobile, |
| Jennifer Ainsworth | Metro-PCS  "  " |
| John Bufe, Potter Mintz | ATT; Verizon; Alcatel; Sprint |
| Dave Nelson | ALU, AT&T Mobility |
| Alex Chochkes | LG, KT&T |
| Chad Everingham | AT&T Mobility |
| Bobby Lamb | Pantech |