**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. § | | |
| v. § | No. 6:12cv22 | |
| ALCATEL-LUCENT USA, INC., ET AL. § | | |
| ADAPTIX, INC. § | | |
| v. § | No. 6:12cv122 | |
| ALCATEL-LUCENT USA, INC., ET AL. § | | |
| ADAPTIX, INC. § | | |
| v. § | No. 6:12cv123 | |
| ALCATEL-LUCENT USA, INC., ET AL. § | | |

**ORDER**

Before the Court is Defendants' Motion to Continue Pretrial Conference and Related Deadlines (Docket Entry #s 283, 278 & 256). The Court, having considered the motion and hearing argument of Plaintiff's counsel October 29, 2014, is of the opinion the motion should be **GRANTED, as modified below**. The Court is setting these cases for a combined pretrial conference May 18, 2015, taking into consideration as much as possible the conflicts presented by the parties.

| Event | Previous Date | New Date |
|---|---|---|
| Deadline for parties to exchange pretrial disclosures (¶ 9) | December 15, 2014 | April 10, 2015 |
| Deadline to notify Court of daily transcript or realtime request (¶ 10) | December 15, 2014 | April 10, 2015 |
| Deadline for parties to exchange objections to pretrial disclosures (¶ 9) | January 5, 2015 | April 17, 2015 |
| Deadline for parties to meet and confer on resolving objections (¶ 11) | January 9, 2015 | April 22, 2015 |
| Deadline to file pretrial materials (¶ 12) | January 15, 2015 | April 28, 2015 |
| Deadline for parties to exchange exhibits | February 19, 2015 | May 13, 2015 |

| | | |
|---|---|---|
| (¶ 13) | | |
| Combined Pretrial conference and trial setting in Tyler, Texas (¶ 14) | February 25, 2015 (Cause No. 6:12cv22)<br><br>February 23, 2015 (Cause No. 6:12cv122)<br><br>February 26, 2015 (Cause No. 6:12cv123) | Combined PTC:<br><br>May 18, 2015 at 10:00 a.m. |

**IT IS SO ORDERED.**

**SIGNED this 30th day of October, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE