**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:12-cv-0022** |
| | § | |
| **ALCATEL-LUCENT USA, INC.** and | § | |
| **AT&T MOBILITY LLC,** | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| **ADAPTIX, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | **CIVIL ACTION NO. 6:12-cv-0122** |
| | § | |
| **ALCATEL-LUCENT USA, INC.** and | § | |
| **CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS,** | § | |
| | § | |
| Defendants. | § | |
| | § | |
| **ADAPTIX, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | **CIVIL ACTION NO. 6:12-cv-0123** |
| | § | |
| **ALCATEL-LUCENT USA, INC.** and | § | |
| **SPRINT SPECTRUM, L.P.,** | § | |
| | § | |
| Defendants. | § | |
| **ADAPTIX, INC.** | § | |

06080820

|  |  |  |
|---|---|---|
| **Plaintiff,** § § § | | |
| v. § § | CIVIL ACTION NO. 6:13-cv-0049 | |
| AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON, § § § § § § | | |
| Defendants. § | | |
| ADAPTIX, INC. § § § | | |
| Plaintiff, § § | | |
| v. § § | CIVIL ACTION NO. 6:13-cv-0050 | |
| AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON, § § § § § | | |
| Defendants. § § | | |
| ADAPTIX, INC. § § § | | |
| Plaintiff, § § | | |
| v. § § | CIVIL ACTION NO. 6:12-cv-0369 | |
| § § | | |
| T-MOBILE USA, INC., § § § | | |
| Defendant. § § § § | | |

**ORDER GRANTING ADAPTIX, INC.'S UNOPPOSED MOTION TO MODIFY THE COURT'S ORDER REGARDING DISPOSITIVE AND**
***DAUBERT* MOTIONS DEADLINES**

Before the Court is Adaptix, Inc.'s Unopposed Motion to Modify the Court's Order Regarding Dispositive and *Daubert* Motions Deadlines. The Court, having considered the Motion, hereby GRANTS the Motion and allows the relief requested by Adaptix. Accordingly,

Adaptix's deadline for filing its Responses to Defendants' Dispositive and *Daubert* Motions is extended through November 17, 2014, while the deadline for Defendants' Reply briefs in support of Defendants' Dispositive and *Daubert* Motions is extended through December 8, 2014.

**SIGNED this 3rd day of November, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE