# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0022** |
| **ALCATEL-LUCENT USA, INC.** and **AT&T MOBILITY LLC,** | § § § § | |
| Defendants. | § § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § | |
| v. | § § | **CIVIL ACTION NO. 6:12-cv-0122** |
| **ALCATEL-LUCENT USA, INC.** and **CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS,** | § § § § § | |
| Defendants. | § § | |
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § | |
| v. | § § § | **CIVIL ACTION NO. 6:12-cv-0123** |
| **ALCATEL-LUCENT USA, INC.** and **SPRINT SPECTRUM, L.P.,** | § § § | |
| Defendants. | § § | |

06080854

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:12-cv-0369 |
| **T-MOBILE USA, INC.,** | § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER GRANTING ADAPTIX, INC.'S UNOPPOSED MOTION TO MODIFY THE COURT'S ORDER REGARDING DISPOSITIVE AND *DAUBERT* MOTIONS DEADLINES**

Before the Court is Adaptix, Inc.'s Unopposed Motion to Modify the Court's Order Regarding Dispositive and *Daubert* Motions Deadlines.  The Court, having considered the Motion, hereby GRANTS the Motion and allows the relief requested.  Accordingly, Defendants' deadline for filing its Responses to Adaptix's Dispositive and *Daubert* Motions is extended through November 17, 2014 and the deadline for Adaptix's corresponding Reply briefs is extended through December 8, 2014.

**SIGNED this 5th day of November, 2014.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE