**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:12-cv-0022** |
| | § | |
| **ALCATEL-LUCENT USA, INC.** and | § | |
| **AT&T MOBILITY LLC**, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| **ADAPTIX, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | **CIVIL ACTION NO. 6:12-cv-0122** |
| | § | |
| **ALCATEL-LUCENT USA, INC.** and | § | |
| **CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS**, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| **ADAPTIX, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | **CIVIL ACTION NO. 6:12-cv-0123** |
| | § | |
| **ALCATEL-LUCENT USA, INC.** and | § | |
| **SPRINT SPECTRUM, L.P.**, | § | |
| | § | |
| Defendants. | § | |
| **ADAPTIX, INC.** | § | |

06081016

|  |  |  |
|---|---|---|
| **Plaintiff,**<br>v.<br><br>**AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>Defendants. | § § § § § § § § § § § § | **CIVIL ACTION NO. 6:13-cv-0049** |
| **ADAPTIX, INC.**<br><br>Plaintiff,<br>v.<br><br>**AT&T MOBILITY LLC, ERICSSON INC., MetroPCS COMMUNICATIONS, INC., and TELEFONAKTIEBOLAGET LM ERICSSON,**<br>Defendants. | § § § § § § § § § § § § § | **CIVIL ACTION NO. 6:13-cv-0050** |
| **ADAPTIX, INC.**<br><br>Plaintiff,<br>v.<br><br>**T-MOBILE USA, INC.,**<br><br>Defendant. | § § § § § § § § § § § § § § | **CIVIL ACTION NO. 6:12-cv-0369** |

**ORDER GRANTING ADAPTIX, INC.'S UNOPPOSED MOTION TO MODIFY THE COURT'S ORDER REGARDING DISPOSITIVE AND *DAUBERT* MOTIONS DEADLINES**

Before the Court is Adaptix, Inc.'s Unopposed Motion to Modify the Court's Order Regarding Dispositive and *Daubert* Motions Deadlines. The Court, having considered the Motion, hereby GRANTS the Motion and allows the relief requested by Adaptix. Accordingly,

the deadlines for responses to dispositive and *Daubert* briefs is extended to November 24, 2014, the corresponding Reply briefs to December 15, 2014 and the corresponding Surreply briefs to December 23, 2014.  Adaptix shall not be granted additional extensions to these deadlines.

**SIGNED this 13th day of November, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE