# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC. | § |
|  | § Case Nos. 6:12-cv-22, -122, -123 |
| v. | § |
|  | § |
| ALCATEL-LUCENT USA, INC., et al. | § JURY TRIAL DEMANDED |
|  | § |

| | |
|---|---|
| ADAPTIX, INC. | § |
|  | § Case No. 6:12-cv-00369 |
| v. | § |
|  | § JURY TRIAL DEMANDED |
| T-MOBILE USA, INC. | § |
|  | § |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS SURREPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INDEFINITENESS OF THE '172 PATENT

Before the Court is Adaptix's Unopposed Motion for an Extension of Time to file its Surreply in Opposition to Defendants' Motion for Summary Judgment of Indefiniteness of the '172 Patent.

The Court, having considered the Motion, hereby GRANTS the Motion and allows the relief requested by Adaptix. Accordingly, Adaptix's deadline for filing its Surreply in Opposition to Defendants' Motion for Summary Judgment of Indefiniteness of the '172 Patent is extended through December 2, 2014.

**SIGNED this 1st day of December, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE