**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC,<br><br>Defendants. | Civil Action 6:12-cv-0022 |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendants. | Civil Action 6:12-cv-0122 |
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC. and SPRINT SPECTRUM L.P.,<br><br>Defendants. | Civil Action 6:12-cv-0123 |

## JOINT MOTION FOR A HEARING ON THE PARTIES' SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

Plaintiff, Adaptix, Inc. ("Adaptix"), and Defendants, Alcatel-Lucent USA, Inc., AT&T Mobility LLC, Cellco Partnership, Sprint Spectrum LLC (collectively, "the parties") hereby request a hearing on the parties' summary judgment and *Daubert* motions. The parties have filed the following motions:

- Defendants' Motion for Summary Judgment of Indefiniteness of the '172 Patent, filed on October 7, 2014 (-22 Dkt No 265; -122 Dkt No 260; -123 Dkt No 239).

- Plaintiff Adaptix's Motion for Partial Summary Judgment Under 35 U.S.C. § 102(f), filed on October 17, 2014-22 Dkt No 267; -122 Dkt No 262; -123 Dkt No 241).

- Plaintiff Adaptix's Motion for Partial Summary Judgment that, Pursuant to 35 U.S.C. § 103(c), United Stated Patent No. 7,072,315 is not Prior Art to United Stated Patent No. 6,870,808 , filed on October 17, 2014 (-22 Dkt No 270, -122 Dkt No 266, -123 Dkt No 244).

- Defendants' Motion for Summary Judgment Denying Adaptix's Prayer for Injunctive Relief, filed on October 17, 2014 (-22 Dkt No 269; 122 Dkt No 264; -123 Dkt No 243).

- Defendants' *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Damages Expert, Philip Green, filed on October 17, 2014 (-22 Dkt No 275; -122 Dkt No 271; -123 Dkt No 249).

- Defendants' Motion for Partial Summary Judgment of Invalidity of Claim 13 of the '808 Patent, filed on October 17, 2014 (-22 Dkt No 271; -122 Dkt No 267; -123 Dkt No 245).

- Defendant Alcatel-Lucent USA, Inc.'s Motion for Partial Summary Judgment of Non-Infringement, filed on October 17, 2014 (-22 Dkt No 272; -122 Dkt No 268; -123 Dkt No 246).

- Defendants' Motion for Summary Judgment of Non-Infringement of the '283 Patent, filed on October 17, 2014 (-22 Dkt No 273; -122 Dkt No 269; -123 Dkt No 247).

- Defendants' Motion for Summary Judgment of Non-Infringement of the '808 Patent, filed on October 17, 2014 (-22 Dkt No 274; -122 Dkt No 270; -123 Dkt No 248).

The briefing will be complete on December 23, 2014 pursuant to the Court's Order dated November 13, 2014 (-22 Dkt. No. 293).  The parties respectfully request an oral hearing on these motions at the Court's earliest convenience.

Dated:  December 3, 2014

By**:**   */s/  Paul J. Hayes (w/permission)*
Paul J. Hayes
  phayes@hayesmessina.com
Steven E. Lipman
  slipman@ hayesmessina.com
HAYES, MESSINA, GILMAN & HAYES LLC
200 State St., 6th Floor
Boston, MA 02109
Telephone: (617) 439-6900
Facsimile: (617) 443-1999

Craig Tadlock
  (Texas Bar No. 00791766)
  craig@tadlocklawfirm.com
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone: (903) 730-6789

**ATTORNEYS FOR PLAINTIFF ADAPTIX, INC.**

Respectfully submitted:

*/s/ Stephen A. Swedlow*
David A. Nelson
Stephen A. Swedlow (*pro hac vice*)
Brianne M. Straka (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
Lauren Hillemann (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702

*Attorneys for Defendants Alcatel-Lucent USA, Inc.*
*and AT&T Mobility LLC*

By:     */s/ Geoffrey M. Godfrey*
Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
|Fax: (312) 858-6100
Mark.Flanagan@wilmerhale.com
Robert.galvin@wilmerhale.com
Geoff.godfrey@wilmerhale.com

| | |
|---|---|
| Michael E. Jones<br>Patrick C. Clutter, IV<br>**POTTER MINTON, P.C.**<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Fax: (903) 593-0846<br><br>*Attorneys for Defendant Cellco Partnership*<br>*d/b/a Verizon Wireless* | By:  */s/ Mark W. McGrory*<br>Mark W. McGrory    *(pro hac vice)*<br>Lawrence A. Rouse   *(pro hac vice)*<br>ROUSE HENDRICKS GERMAN MAY PC<br>1201 Walnut, 20th Floor<br>Kansas City, MO 64106<br>Tel:   (816) 471-7700<br>Fax:   (816) 471-2221<br>MarkM@rhgm.com<br>LarryR@rhgm.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>Allen F. Gardner<br>State Bar No. 24043679<br>**POTTER MINTON, P.C.**<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Tele: (903) 597-8311<br>Fax: (903) 593-0846<br>mikejones@potterminton.com<br>allengardner@potterminton.com<br><br>*Attorneys for Defendant Sprint Spectrum LL* |

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to Local Rule CV-5, on this 3rd day of December, 2014, the foregoing was filed electronically using the Court's CM/ECF system and that the Notice of Electronic Filing from the court is proof of service of the document on all counsel who are deemed to have consented to electronic service.

/s/ Stephen A. Swedlow  
Stephen A. Swedlow