UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| ADAPTIX, INC.,<br>       Plaintiff,<br>   v.<br>ALCATEL-LUCENT USA, Inc., et al.,<br>       Defendants. | Civil Action No. 6:12-cv-00122 |

### ADAPTIX'S REPLY TO FIRST AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS OF DEFENDANT ALCATEL-LUCENT USA, INC.

Plaintiff, ADAPTIX, Inc. ("ADAPTIX"), replies to the counterclaims of defendant Alcatel-Lucent USA, Inc. ("Defendant") as follows:

### COUNTERCLAIMS

49. Admitted.

50. Admitted.

### COUNT 1: NON-INFRINGEMENT OF U.S. PATENT NO. 7,146,172

51. Admitted.

52. Denied.

53. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

### COUNT 2: NON-INFRINGEMENT OF U.S. PATENT NO. 6,870,808

54. Admitted.

55. Denied.

56. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

### COUNT 3:   NON-INFRINGEMENT OF U.S. PATENT NO. 7,573,851

57. Admitted.

58. Denied.

59. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

### COUNT 4:   NON-INFRINGEMENT OF U.S. PATENT NO. 6,904,283

60. Admitted.

61. Denied.

62. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

### COUNT 5:   NON-INFRINGEMENT OF U.S. PATENT NO. 7,072,315

63. Admitted.

64. Denied.

65. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

### COUNT 6:   INVALIDITY OF U.S. PATENT NO. 7,146,172

66. Admitted.

67. Denied.

68. Denied.

69. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

### COUNT 7:   INVALIDITY OF U.S. PATENT NO. 6,870,808

70. Admitted.

71. Denied.

72. Denied.

73. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

### COUNT 8: INVALIDITY OF U.S. PATENT NO. 7,573,851

74. Admitted.

75. Denied.

76. Denied.

77. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

### COUNT 9: INVALIDITY OF U.S. PATENT NO. 6,904,283

78. Admitted.

79. Denied.

80. Denied.

81. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

### COUNT 10: INVALIDITY OF U.S. PATENT NO. 7,072,315

82. Admitted.

83. Denied.

84. Denied.

85. ADAPTIX admits that Defendant requests such relief but denies that Defendant is entitled thereto.

## AFFIRMATIVE DEFENSES

1.      Defendant's counterclaims fail to state a claim upon which relief may be granted.

2.      Defendant has unclean hands due to its infringement of the patents-in-suit.

## DEMAND FOR JURY TRIAL

ADAPTIX demands trial by jury on all issues set forth in Defendant's First Amended Answer, Affirmative Defenses, and Counterclaims so triable.

## PRAYER FOR RELIEF

WHEREFORE, ADAPTIX respectfully requests that this Court:

a.      Enter judgment in favor of ADAPTIX on all issues set forth in Defendant's First Amended Answer, Defenses and Counterclaims;

b.      Deny all relief requested by Defendant in Defendant's First Amended Answer, Defenses and Counterclaims;

c.      Grant the relief requested by ADAPTIX in its Complaint; and

d.      Grant ADAPTIX such further relief as this Court may deem just and proper.

December 29, 2014

/s/     *Paul J. Hayes*
Paul J. Hayes
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel:  (617) 345-6900
Fax:  (617) 443-1999
Email:  phayes@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on December 29, 2014. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/     *Paul J. Hayes*
Paul J. Hayes