**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br>       Plaintiff, <br> v. <br><br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS, et al <br>       Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 6:12-cv-00122 <br> ) <br> ) <br> ) <br> ) <br> ) |

**ADAPTIX'S REPLY TO FIRST AMENDED**
**ANSWER, DEFENSES AND COUNTERCLAIMS OF**
**DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**

Plaintiff, ADAPTIX, Inc. ("ADAPTIX"), replies to the counterclaims of defendant Cellco Partnership d/b/a Verizon Wireless ("Defendant") as follows:

**NATURE OF THE ACTION**

1. ADAPTIX denies that its allegations of infringement are baseless. ADAPTIX admits the remaining allegations of paragraph 1.

2. Admitted.

3. Admitted.

4. Admitted.

**JURISDICTION AND VENUE**

5. Admitted.

6. ADAPTIX denies that venue is more appropriate and convenient in another District. ADAPTIX admits that venue for Defendant's counterclaims is legally proper in this District.

**PARTIES**

7. Admitted.

8. Denied.  ADAPTIX is a Delaware corporation with its principal place of business in the Eastern District of Texas at 2400 Dallas Parkway, Suite 200, Plano, Texas 75093.

## COUNTERCLAIM COUNT I
### (Non-infringement of U.S. Patent No. 7.146,172)

9. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

10. Denied.

11. Denied.

## COUNTERCLAIM COUNT II
### (Invalidity of U.S. Patent No. 7.146,172)

12. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

13. Denied.

14. Denied.

## COUNTERCLAIM COUNT III
### (Non-infringement of U.S. Patent No. 6,870,808)

15. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

16. Denied.

17. Denied.

## COUNTERCLAIM COUNT IV
### (Invalidity of U.S. Patent No. 6,870,808)

18. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

19. Denied.

20. Denied.

## COUNTERCLAIM COUNT V
### (Non-infringement of U.S. Patent No. 7,573,851)

21. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

22. Denied.

23. Denied.

## COUNTERCLAIM COUNT VI
### (Invalidity of U.S. Patent No. 7,573,851)

24. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

25. Denied.

26. Denied.

## COUNTERCLAIM COUNT VII
### (Non-infringement of U.S. Patent No. 6,904,283)

27. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

28. Denied.

29. Denied.

## COUNTERCLAIM COUNT VIII
### (Invalidity of U.S. Patent No. 6,904,283)

30. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

31. Denied.

32. Denied.

## COUNTERCLAIM COUNT IX
### (Non-infringement of U.S. Patent No. 7,072,315)

33. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

34. Denied.

35. Denied.

## COUNTERCLAIM COUNT X
### (Invalidity of U.S. Patent No. 7,072,315)

36. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

37. Denied.

38. Denied.

## AFFIRMATIVE DEFENSES

1. Defendant's counterclaims fail to state a claim upon which relief may be granted.

2. Defendant has unclean hands due to its infringement of the patents-in-suit.

## DEMAND FOR JURY TRIAL

ADAPTIX demands trial by jury on all issues set forth in Defendant's First Amended Answer, Affirmative Defenses, and Counterclaims so triable.

## PRAYER FOR RELIEF

WHEREFORE, ADAPTIX respectfully requests that this Court:

a. Enter judgment in favor of ADAPTIX on all issues set forth in Defendant's First Amended Answer, Defenses and Counterclaims;

b. Deny all relief requested by Defendant in Defendant's First Amended Answer, Defenses and Counterclaims;

c. Grant the relief requested by ADAPTIX in its Complaint; and

      d.      Grant ADAPTIX such further relief as this Court may deem just and proper.

December 29, 2014

      /s/     *Paul J. Hayes*
Paul J. Hayes
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel:  (617) 345-6900
Fax:  (617) 443-1999
Email:  phayes@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on December 29, 2014.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

      /s/     *Paul J. Hayes*
Paul J. Hayes