**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| | | |
| **v.** | § | **No. 6:12cv22** |
| | | |
| **ALCATEL-LUCENT USA, INC. , AND** | § | |
| **AT&T MOBILITY LLC** | | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| | | |
| **v.** | § | **No. 6:12cv122** |
| | | |
| **ALCATEL-LUCENT USA, INC. AND** | § | |
| **CELLCO PARTERNSHIP d/b/a** | | |
| **VERIZON WIRELESS** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| | | |
| **v.** | § | **No. 6:12cv123** |
| | | |
| **ALCATEL-LUCENT USA, INC. AND** | § | |
| **SPRINT SPECTRUM L.P.** | | |

**MEMORANDUM ORDER ADOPTING**
**REPORT AND RECOMMENDTION**

The above-entitled and numbered civil action was heretofore referred to United States

Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the magistrate

judge which contains her proposed findings of fact and recommendations for the disposition of such

action has been presented for consideration. No objections were filed to the Report and

Recommendation. The Court is of the opinion that the findings and conclusions of the magistrate

judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate

Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendants' Motion for Partial Summary Judgment of Invalidity of Claim 13 of the '808 Patent (Dkt Nos. 271, 267 & 245) is **GRANTED**.  It is further

**ORDERED** that Claim 13 of U.S. Patent No. 6,870,808 is invalid under 35 U.S.C. § 112 ¶ 4.

**It is SO ORDERED.**

**SIGNED this 13th day of January, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE