# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

## ORDER TRANSFERRING TYLER PATENT CASES

Pursuant to the *General Order Assigning Civil and Criminal Actions* (GO 14-20) entered on December 19, 2014, the Court **TRANSFERS** the following Tyler patent cases:

**Cases Transferred to U.S. District Judge Robert Schroeder**

| | |
|---|---|
| **6:11cv250** | **Internet Machines LLC v. Avnet, Inc., et al** |
| **6:12cv17** | **Adaptix, Inc v. AT&T, Inc., et al** |
| **6:12cv20** | **Adaptix, Inc v. Pantech Wireless, Inc., et al** |
| **6:12cv22** | **Adaptix, Inc v. Alcatel-Lucent USA, Inc., et al** |
| **6:12cv120** | **Adaptix, Inc v. Cellco Partnership, et al** |
| **6:12cv122** | **Adaptix, Inc v. Alcatel-Lucent USA, Inc., et al** |
| **6:12cv123** | **Adaptix, Inc v. Alcatel-Lucent USA, Inc., et al** |
| **6:12cv244** | **NobelBiz, Inc v. Global Connect, LLC** |
| **6:12cv247** | **NobelBiz, Inc v. TCN, Inc.** |
| **6:12cv383** | **PLX Technology, Inc v. Knuettel** |
| **6:12cv499** | **Blue Spike, LLC v. Texas Instruments, Inc.** |
| **6:12cv847** | **Conversant Intellectual Property Management Inc v. Xilinx, Inc.** |
| **6:13cv360** | **NobelBiz, Inc v. InsideSales.com** |
| **6:13cv385** | **Touchscreen Gestures LLC v. Dell, Inc.** |
| **6:13cv679** | **Blue Spike, LLC v. Huawei Technologies Co., ltd.** |
| **6:14cv94** | **EMG Technology, LLC v. Amica Mutual Insurance Company** |
| **6:14cv491** | **EMG Technology, LLC v. Safelite Group, Inc.** |
| **6:14cv524** | **imblowingup, LLC v. Kenzinc, LLC** |
| **6:14cv597** | **Blue Spike, LLC v. Gracenote, Inc., et al** |
| **6:14cv598** | **Blue Spike, LLC v. Miranda Technologies, Inc., et al** |

| | |
|---|---|
| 6:14cv612 | Inventergy Inc v. GENBAND, Inc. |
| 6:14cv618 | Blue Spike, LLC v. Facebook, Inc. |
| 6:14cv625 | Uniloc USA, Inc, et al v. E-MDs, Inc. |
| 6:14cv626 | Uniloc USA, Inc, et al v. Epic Systems Corporation |
| 6:14cv627 | Uniloc USA, Inc., et al v. GE Healthcare, Inc. |
| 6:14cv628 | Uniloc USA, Inc., et al v. Greenway Medical Technologies, Inc. |
| 6:14cv629 | Uniloc USA, Inc., et al v. Meridian EMR, Inc., et al |
| 6:14cv630 | Uniloc USA, Inc., et al v. Medhost, Inc. |
| 6:14cv631 | Uniloc USA, Inc., et al v. Allscripts Healthcare Solutions, Inc. |
| 6:14cv632 | Uniloc USA, Inc., et al v. Cerner Corporation |
| 6:14cv633 | Uniloc USA, Inc., et al Computer Programs and Systems, Inc. |
| 6:14cv646 | EMG Technology, LLC v. Rite Aid Corporation |
| 6:14cv647 | EMG Technology, LLC v. Teachers Insurance and Annuity Association - College Retirement Equities Fund |
| 6:14cv648 | EMG Technology, LLC v. Toys R US - Delaware, Inc. |
| 6:14cv692 | Uniloc USA, Inc., et al v. E-MDs, Inc. |
| 6:14cv720 | EMG Technology, LLC v. Gilt Groupe Holdings, Inc. |
| 6:14cv721 | EMG Technology, LLC v. Sally Beauty Supply, LLC |
| 6:14cv878 | Real Bonus Ltd v. Pier 1 Imports, Inc. |
| 6:14cv898 | Landmark Technology LLC v. Choice Hotels International, Inc. |
| 6:14cv899 | Landmark Technology LLC v. Panera Bread Company |
| 6:14cv900 | Landmark Technology LLC v. Shutterstock, Inc. |
| 6:14cv901 | Landmark Technology LLC v. Wayfair, Inc. |
| 6:14cv902 | Landmark Technology, LLC v. Weight Watchers International, Inc. |
| 6:14cv903 | Landmark Technology, LLC v. Zoetis, Inc. |
| 6:14cv930 | Secured Structures, LLC v. Alarm Security Group, LLC |
| 6:14cv931 | Secured Structures, LLC v. Central Security Group - Nationwide, Inc. |
| 6:14cv932 | Secured Structures, LLC v. CPI Security Systems, Inc. |

| 6:14cv933 | Secured Structures, LLC v. Diebold, Incorporated |
|---|---|
| 6:14cv934 | Secured Structures, LLC v. Drive Thru Technology, Inc. |
| 6:14cv935 | Secured Structures, LLC v. Electric Guard Dog, LLC |
| 6:14cv936 | Secured Structures, LLC v. G4S Technology, LLC |
| 6:14cv937 | Secured Structures, LLC v. Guardian Protection Services, Inc. |
| 6:14cv938 | Secured Structures, LLC v. Interface Security Systems, LLC |
| 6:14cv939 | Secured Structures, LLC v. Kastle Systems, LLC., et al |
| 6:14cv940 | Secured Structures, LLC v. Monitronics International, Inc. |
| 6:14cv941 | Secured Structures, LLC v. Protection One Alarm Monitoring, Inc. |
| 6:14cv942 | Secured Structures, LLC v. Stanley Convergent Security Solutions, Inc. |
| 6:14cv943 | Secured Structures, LLC v. Tyco Integrated Security, LLC |
| 6:14cv944 | Secured Structures, LLC v. Vector Security, Inc. |
| 6:14cv945 | Secured Structures, LLC v. Vivint, Inc. |

**Cases Transferred to U. S. District Judge Rodney Gilstrap**

| 6:12cv369 | Adaptix, Inc v. T-Mobile USA, Inc. |
|---|---|
| 6:12cv486 | Blue Calpyso, Inc v. Groupon, Inc. |
| 6:13cv49 | Adaptix, Inc v. Ericsson, Inc., et al |
| 6:13cv50 | Adaptix, Inc v. Ericsson, Inc., et al |
| 6:13cv375 | Blue Calypso, Inc v. Izea, Inc. |
| 6:13cv429 | Blue Calypso, Inc v. Izea, Inc. |
| 6:13cv443 | Adaptix, Inc v. ZTE Corporation, et al |
| 6:13cv444 | Adaptix, Inc v. ZTE Corporation, et al |
| 6:13cv445 | Adaptix, Inc v. ZTE Corporation, et al |
| 6:13cv446 | Adaptix, Inc v. ZTE Corporation, et al |
| 6:13cv456 | Blue Calypso, Inc v. Izea, Inc. |
| 6:13cv585 | Adaptix, Inc v. NEC Casio Mobile Communications, Ltd., et al |
| 6:13cv778 | Adaptix, Inc v. Pantech Wireless, Inc., et al |

| 6:13cv922 | **Adaptix, Inc v. NEC CASIO Mobile Communications, Ltd., et al** |
|---|---|
| **6:14cv501** | **Adaptix, Inc v. Ericsson, Inc., et al** |
| **6:14cv502** | **Adaptix, Inc v. Ericsson, Inc., et al** |
| **6:14cv503** | **Adaptix, Inc v. Ericsson, Inc., et al** |

**SO ORDERED.**

**SIGNED this 29th day of January, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE