**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0022** | |
| § | | |
| **ALCATEL-LUCENT USA, INC. and** § | | |
| **AT&T MOBILITY LLC,** § | | |
| § | | |
| Defendants. § | | |
| § | | |
| § | | |
| **ADAPTIX, INC.** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0122** | |
| § | | |
| **ALCATEL-LUCENT USA, INC. and** § | | |
| **CELLCO PARTNERSHIP d/b/a/** § | | |
| **VERIZON WIRELESS,** § | | |
| § | | |
| Defendants. § | | |
| § | | |
| **ADAPTIX, INC.** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 6:12-cv-0123** | |
| § | | |
| **ALCATEL-LUCENT USA, INC. and** § | | |
| **SPRINT SPECTRUM, L.P.,** § | | |
| § | | |
| Defendants. § | | |

**[PROPOSED] ORDER REGARDING UNOPPOSED MOTION FOR ONE-DAY
EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO
COMPEL COMPLIANCE AND MOTION TO EXCLUDE**

Johan Norrby Ericsson

Before the Court is Adaptix's Unopposed Motion for a One-Day Extension of Time to File its Oppositions to Defendants' Motion to Compel Compliance with Prior Motion to Compel and Motion to Exclude Evidence and Opinions in the above-styled actions. 6:12-cv-00022, Dkt. # 331 and 6:12-cv-00022, Dkt. #330. The Court, having considered the Motion and the relief requested therein, GRANTS the Motion. Accordingly, it is hereby ORDERED that Adaptix's Oppositions to Defendants' Motions to Compel and to Exclude shall be due Tuesday, February 3, 2015.

So Ordered

**SIGNED this 3rd day of February, 2015.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE