**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 6:12-cv-00022 |
| | § | |
| ALCATEL-LUCENT USA, INC. and | § | |
| AT&T MOBILITY LLC, | § | |
|     Defendants. | § | |
| | § | |
| ADAPTIX, INC. | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 6:12-cv-00122 |
| | § | |
| ALCATEL-LUCENT USA, INC. and | § | |
| CELLCO PARTNERSHIP d/b/a/ VERIZON | § | |
| WIRELESS, | § | |
|     Defendants. | § | |
| | § | |
| ADAPTIX, INC. | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 6:12-cv-00123 |
| | § | |
| ALCATEL-LUCENT USA, INC. and | § | |
| SPRINT SPECTRUM, L.P., Defendants. | § | |
| | § | |

**PLAINTIFF'S NOTICE OF REQUEST FOR DAILY TRANSCRIPT**
**OR REAL TIME REPORTING OF COURT PROCEEDINGS**

Plaintiff Adaptix, Inc. ("Adaptix") hereby notifies the Court, Court Reporter and all counsel of record that, pursuant to the Docket Control Order (Dkts. 285, 280 and 258), Adaptix requests daily transcripts and real time reporting of court proceedings during the trial of the above referenced case. A copy of this notice has been sent via email to the Court Reporter, Jan Mason at Jan_Mason@txed.uscourts.gov.

Dated: February 19, 2015 /s/ *Craig Tadlock*
Craig Tadlock

Paul J. Hayes
Kevin Gannon
**HAYES MESSINA GILMAN
& HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on February 19, 2015. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ *Craig Tadlock*
Craig Tadlock