IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| v. § | | No. 6:12cv17 |
| **AT&T, INC., et al.** § | | |
| **ADAPTIX, INC.** § | | |
| v. § | | No. 6:12cv20 |
| **PANTECH WIRELESS, INC., et al.** § | | |
| **ADAPTIX, INC.** § | | |
| v. § | | No. 6:12cv22 |
| **ALCATEL-LUCENT USA, INC. , AND** § | | |
| **AT&T MOBILITY LLC** § | | |
| **ADAPTIX, INC.** § | | |
| v. § | | No. 6:12cv120 |
| **CELLCO PARTNERSHIP, et al.** § | | |
| **ADAPTIX, INC.** § | | |
| v. § | | No. 6:12cv122 |
| **ALCATEL-LUCENT USA, INC. AND** § | | |
| **CELLCO PARTERNSHIP d/b/a** § | | |
| **VERIZON WIRELESS** § | | |
| **ADAPTIX, INC.** § | | |
| v. § | | No. 6:12cv123 |
| **ALCATEL-LUCENT USA, INC. AND** § | | |
| **SPRINT SPECTRUM L.P.** § | | |
| **ADAPTIX, INC.** § | | |
| v. § | | No. 6:12cv369 |
| **T-MOBILE USA, INC.** § | | |

**ORDER REGARDING PRETRIAL CONFERENCE DATES**

The above-referenced causes of action were referred to the undersigned United States

Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. Before the Court is the

following pending motion:

> **Unopposed Motion to Continue Pretrial Deadlines (Cause Nos. 6:12cv22, -122, -123, Docket Entry #s 348, 347, 321).**

In Cause Nos. 6:12cv22, -122, and -123 ("ALU cases"), Defendants Alcatel-Lucent USA, Inc.,

AT&T Mobility, LLC, Cellco Partnership d/b/a Verizon Wireless, and Sprint Spectrum L.P. move to continue all remaining pretrial deadlines in the ALU cases pending completion of trial and entry of judgment in the related case, *Adaptix, Inc. v. T-Mobile USA, Inc., et al.*, Cause No. 6:12cv369. According to Defendants, trial in the -369 case will have a significant impact on the ALU cases as both sets of cases involve the same patents, some of the same parties (Adaptix and AT&T), and many of the same witnesses. Defendants further assert there are several pending motions that together are potentially dispositive of the ALU cases. To avoid unnecessary burden and expense, Defendants propose a continuance of all pretrial deadlines in the ALU cases until after trial and entry of judgment in the -369 case. Although Plaintiff is unopposed, Plaintiff states it is ready to try the -369 case as scheduled on April 24, 2015.

The Court previously continued the pretrial conferences in Cause Nos. 6:12cv17, -20, and -120 until further order of the Court. Currently, the pretrial conference in Cause No. 6:12cv369 is scheduled April 24, 2015, and a combined pretrial conference in Cause Nos. 6:12cv22, -122, and -123 is scheduled May 18, 2015. The Court has considered its calendar and can accommodate the parties' request to proceed with Cause No. 6:12cv369 before the ALU cases. However, the Court is not willing to push the -369 trial before much older Cause Nos. 6:12cv17, -20, and -120. In order to devote the required attention to prepare each *Adaptix* case for trial, and to provide realistic trial settings before Judge Schroeder, the Court must continue the pretrial conference date for Cause No. 6:12cv369.

In the relevant *Adaptix* cases, the Court resets the pretrial conference dates before the undersigned as follows:

**6:12cv17, 6:12cv20, 6:12cv120**

**June 2-3, 2015** pretrial conference at 10:00 a.m. in Tyler, Texas.

**6:12cv369**

**July 1, 2015** pretrial conference at 10:00 a.m. in Tyler, Texas.

**6:12cv22, 6:12cv122, 6:12cv123**

**July 22-23, 2015** pretrial conference at 10:00 a.m. in Tyler, Texas.[1]

The parties will be given trial dates at the pretrial conferences.

At a later date, the Court will issue trial preparation orders, containing specific deadlines for the filing of pretrial materials as well as other pertinent information.

**It is SO ORDERED.**

**SIGNED this 11th day of March, 2015.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

---

[1] Given the length of time these cases have been pending, the Court is unable to accommodate the parties' request to move all pretrial deadlines until after the trial and entry of final judgment in the -369 case.