UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| v. | § | No. 6:12-cv-0022-RWS-CMC |
| ALCATEL-LUCENT USA, INC. , AND AT&T MOBILITY LLC | § § | |

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| v. | § | No. 6:12-cv-0122-RWS-CMC |
| ALCATEL-LUCENT USA, INC. AND CELLCO PARTERNSHIP d/b/a VERIZON WIRELESS | § § | |

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| v. | § | No. 6:12-cv-0123-RWS-CMC |
| ALCATEL-LUCENT USA, INC. AND SPRINT SPECTRUM L.P. | § § | |

## ORDER GRANTING AGREED MOTION TO CONTINUE
## CERTAIN PRETRIAL EXCHANGE DEADLINES

Before this Court is the parties' Agreed Motion to Continue Certain Pretrial Exchange Deadlines (Docket Entry #s 358, 356, 330). The Court, having considered the motion, is of the opinion the motion should be **GRANTED**, as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Deadline for parties to exchange pretrial disclosures | May 28, 2015 | June 5, 2015 |
| Deadline to notify Court of daily | May 28, 2015 | June 5, 2015 |

| | | |
|---|---|---|
| transcript or realtime request | | |
| Deadline for parties to exchange objections [and counter designations] to pretrial disclosures | June 11, 2015 | June 15, 2015 |
| Deadline for parties to meet and confer on resolving objections | June 18, 2015 | June 19, 2015 |
| Deadline to file pretrial materials | June 25, 2015 | June 25, 2015 |
| Deadline for parties to exchange exhibits | July 6, 2015 | July 6, 2015 |
| Pretrial conference before Judge Craven in **Texarkana, TX**, Fourth Floor Courtroom | July 9-10, 2015 at 10:00 a.m. | July 9-10, 2015 at 10:00 a.m. |

**IT IS SO ORDERED.**

**SIGNED this 18th day of May, 2015.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE