**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-22 PATENT CASE** |
| **ALCATEL-LUCENT USA, INC.  AND AT&T MOBILITY LLC** | § § § | |
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-122 PATENT CASE** |
| **ALCATEL-LUCENT USA, INC.  AND CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS** | § § § § | |
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CASE NO. 6:12-cv-123 PATENT CASE** |
| **ALCATEL-LUCENT USA, INC.  AND SPRINT SPECTRUM L.P.** | § § § | |

**ORDER**

Before the Court are Defendants' Motions to Continue the July 20, 2015 Trial Setting (6:12-cv-22, Docket No. 362; 6:12-cv-122, Docket No. 360; 6:12-cv-123, Docket No. 334). Having considered the Defendants' request and the associated briefing, the Court **DENIES** the Motions. Jury selection and opening arguments for the 6:12-cv-22 action remains set for July 20, 2015.

Further, the parties **SHALL** file a joint notice by **June 22, 2015** informing the Court whether all parties consent to a single trial to begin on July 20, 2015. The notice shall also address whether the parties consent to a single trial on August 31, 2015.

**SIGNED this 17th day of June, 2015.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE