**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALCATEL-LUCENT USA, INC. and<br>AT&T MOBILITY LLC,<br>　　　　　Defendants. | Civil Action 6:12-cv-0022<br>Jury Trial Demanded |
| ADAPTIX, INC.,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALCATEL-LUCENT USA, INC. and<br>CELLCO PARTNERSHIP<br>d/b/a VERIZON WIRELESS,<br>　　　　　Defendants. | Civil Action 6:12-cv-0122<br>Jury Trial Demanded |
| ADAPTIX, INC.,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALCATEL-LUCENT USA, INC. and<br>SPRINT SPECTRUM L.P.,<br>　　　　　Defendants. | Civil Action 6:12-cv-0123<br>Jury Trial Demanded |

**DEFENDANTS' NOTICE PURSUANT TO 35 U.S.C. § 282**

Defendants Alcatel-Lucent USA, Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Spectrum L.P., and AT&T Mobility LLC (collectively, "Defendants") hereby provide written notice pursuant to 35 U.S.C. § 282 that they may rely at trial in this action on one or more of (i) the patents and publications listed below as anticipating, rendering obvious, showing the state of the art, or otherwise supporting the invalidity of the asserted claims of U.S. Patent Nos.

6,870,808, 6,904,283, and 7,146,172 (collectively, the "patents-in-suit"); and (ii) the persons

listed below as prior inventors or persons having prior knowledge of, or having previously used

or offered for sale, the alleged invention of the patents-in-suit.

**Patents**

| Prior Art | Author(s)/Inventor(s) | Date |
|---|---|---|
| U.S. Patent No. 5,592,490 | Barratt et al. | Filed January 20, 1995<br>Issued January 7, 1997 |
| U.S. Patent No. 6,067,290 | Paulraj et al. | Filed July 30, 1999<br>Issued May 23, 2000 |
| U.S. Patent No. 5,726,978 | Frodigh et al. | Filed June 22, 1995<br>Issued March 10, 1998 |
| U.S. Patent No. 6,493,331 | Walton et al. | Filed March 30, 2000<br>Issued December 10, 2002 |
| U.S. Patent No. 5,933,421 | Alamouti et al. | Filed February 6, 1997<br>Issued August 3, 1999 |
| U.S. Patent US 6,359,923 | Agee et al. | Filed December 18, 1997<br>Issued March 19, 2002 |
| U.S. Patent No. 6,801,775 | Gibbons et al. | Filed June 20, 2000<br>Issued October 5, 2004 |
| U.S. Patent No. 6,721,569 | Hashem et al. | Filed September 29, 2000<br>Issued April 13, 2004 |
| U.S. Patent No. 6,018,528 | Gitlin et al. | Filed April 28, 1994<br>Issued January 25, 2000 |
| U.S. Patent No. 6,944,120 | Wu et al. | Filed April 12, 2001<br>Issued September 13, 2005 |
| U.S. Patent No. 6,473,418 | Laroia et al. | Filed March 11, 1999<br>Issued October 29, 2002 |
| DE 198 00 953 | Ritter | Issued July 29, 1999 |
| European Patent Application | ten Brink | Issued July 14, 1999 |

| | | |
|---|---|---|
| EP 0929 202 A1 | | |
| European Patent Application EP 0978 962 A1 | Boehnke | Issued February 9, 2000 |
| U.S. Patent No. 6,041,237 | Farsakh | Filed April 2, 1998 Issued March 21, 2000 |
| U.S. Patent No. 5,886,988 | Yun et al. | Filed December 31, 1996 Issued March 23, 1999 |
| U.S. Patent No. 6,473,467 | Wallace et al. | Filed March 30, 2000 Issued October 29, 2002 |
| U.S. Patent No. 5,828,658 | Ottersten et al. | Filed October 23, 1996 Issued October 27, 1998 |
| U.S. Patent No. 7,072,315 | Liu et al. | Filed October 10, 2000 Issued July 4, 2006 |
| U.S. Patent No. 6,009,553 | Martinez et al. | Filed December 15, 1997 Issued December 28, 1999 |
| U.S. Patent No. 5,914,933 | Cimini et al. | Filed October 15, 1996 Issued June 22, 1999 |
| EP 0 999 658 A2 | Rashid-Farrokhi et al | Filed October 25, 1999 Pub. Date May 10, 2000 |

**Publications**

| Prior Art | Author(s)/Inventor(s) | Date | Pages |
|---|---|---|---|
| Adaptive Interference Suppression in Multiuser Wireless OFDM Systems Using Antenna Arrays | Samir Kapoor, Daniel Marchok, Yih-fang Huang, IEEE | December 1999 | 3381-3391 |
| A Simple Transmit Diversity Technique for Wireless Communications | S. Alamouti | Oct. 1998 | 1451-1458 |
| Near‑Far Effects in Adaptive SDMA | Tangemann | 1995 | 1293-1297 |
| Smart Antennas for Broadband Wireless Access Networks | Gesbert | Nov. 1999 | 1-17 |
| "Base Station Transmitter Antenna Arrays with Mobile to Base Feedback | Derek Gerlach, Arogyswami Paulraj | 1993 | |
| A Combined OFDM/SDMA Approach | Vandenameele, Thoen, | 1999 | 1712- |

| | | | |
|---|---|---|---|
| for WLAN | Engels, De Man | | 1716 |
| 4G – LTE/LTE-Advanced for Mobile Broadband: Third Edition | Dahlman et al. | 2011 | |
| ETSI/TC SMG (97) 1, ETSI Technical Committee SMG, Report of Meeting No. 21 held in Paris 10-14 February 1997 | | 1997 | 1-79 |
| The Scalable Wireless Access Network (SWAN) SCSS Background | Radix | March 16, 1998 | |
| Design and Evaluation of an OFDM-based Proposal for Third Generation Mobile Communication | Mattias Wahlqvist | July 1998 | 1-116 |
| ETSI OFDMA Concept Evaluation | | Dec. 1997 | 1-689 |
| Dynamic Scheduling in Antenna Array Packet Radio | Hujun Yin and Hui Liu, IEEE | 1999 | 154-158 |
| Performance Comparison of Different Multiple Access Schemes for the Downlink of an OFDM Communication System | Hermann Rohling  and Rainer Grünheid | 1997 | 1365-1369 |
| Adaptive Frequency Hopping for Multiuser OFDM | Eric Lawrey and Cornelis Jan Kikkert, ICICS | December 7, 1999 | 1-5 |
| Multiuser OFDM | Eric Lawrey | August 22, 1999 | 761-764 |
| OFDM for Wireless Communication Systems | Richard Van Nee and Ramjee Prasad | 1999 | 1-252 |
| *Airlink 1.8 Interface Control Document (AICD)*, Rev. 0.5 | Liang Hong et al. AT&T Wireless Services | December 22, 1999 | 1-185 |
| *Framework for Advanced Radio Resource Management within the FWS Network*, Rev. 0.1 | David Russo AT&T Wireless Services | November 20, 2000 | 1-34 |
| *FWS RF Design Guidelines*, Doc. No. 10001, Rev. 1.0 | AT&T Wireless Services | August 11, 1997 | 1-58 |
| *Chapter 12: Test Setup Photos, FCC Type Acceptance Application*, 10992 Rev. 1.0 | AT&T Wireless Services | March 4, 1999 | 1-6 |
| AT&T Wireless Presentation entitled "AT&T Digital Broadband" | AT&T Wireless Services | February 17, 2000 | 1-70 |
| Resource Allocation Architecture, Rev. 0.5 | Padma Mallela et al. AT&T Wireless Services | February 23, 2000 | 1-122 |
| PWAN Airlink Interface Control Document, Doc. No. 10044 Revision 0.5 | Siavash Alamouti et al., AT&T Wireless Services | June 26, 1998 | 1-470 |
| Chapter 4: External Photographs, FCC | AT&T Wireless | March 4, | 1-4 |

| | | | |
|---|---|---|---|
| Type Acceptance Application, 10992 Rev. 1.0 | Services | 1999 | |
| *Dallas HSD User Characterization Project White Paper,* Rev. 0.5 | AT&T Wireless Services | April 19, 1999 | 1-53 |
| Indoor SDMA Capacity Using a Smart Antenna Base Station | Shad et al. | 1997 | 1-5 |
| On the Mobile Radio Capacity Increase Through SDMA, Accessing, Transmission | Christof Farsakh and Josef A. Nossek | 1998 | 293-297 |
| Throughput Multiplication of Wireless LANs for Multimedia Services: SDMA Protocol Design | Xu et al. | November 1994 | 1326-1332 |
| High Throughput Slotted ALOHA Packet Radio Networks with Adaptive Arrays | Ward et al. | March 1993 | 460-470 |
| Experimental Studies of Spatial Signature Variation at 900 MHz for Smart Antenna Systems | Xu et al. | July 1998 | 953-962 |
| Digital Communications, Second Ed. | John D. Proakis | 1989 | |
| Multiple Emitter Location and Signal Parameter Estimation | Ralph Schmidt | March 1986 | 276-280 |
| ESPRIT – Estimation of Signal Paramters Via Rotational Invariance Techniques | Richard Roy and Thomas Kailath | July 1989 | 984-995 |
| Experimental Studies of Space-Division-Multiple-Access Schemes for Spectral Efficient Wireless Communications | Xu et al. | 1994 | 800-804 |
| Comparison of Upgrade Techniques for Mobile Communications Systems | Tangemann and Rheinschmitt | 1994 | 201-205 |
| ETSI SMG2 TD 8/96, A Multi-Carrier Air Interface Based on OFDM, March 1, 1996, Bristol | Telia Research | March 1996 | |
| ETSI SMG2 TD /96 | Sony Deutschland GmbH | | |
| The History of Orthogonal Frequency Division Multiplexing, IEEE, | Stephen Weinstein | Nov. 2009 | |
| Broadband MIMO-OFDM Wireless Communications, IEEE | Stuber et al. | 2004 | |
| AT&T Digital Broadband Customer Guide, Doc. No. 11354 Rev. 3.0 | AT&T Wireless Services | 2000 | |
| FWS Market Trial | AT&T Wireless Services | | |
| Bigtex.com (Official Website fo the State Fair of Texas)  https://web.archive.org/web | | Archived on March 9, 2000 | |

| /20000309174613/http://www.bigtex.com/info/event/futurevisions.htm | | | |
| AT&T Debuts Fixed Wireless Phones at State Fair, The Dallas Morning News | Jennifer Files | September 28, 1999 | |

**Persons On Whose Knowledge Defendants May Rely[1]**

| Name | Contact Information |
| --- | --- |
| Anthony Acampora | 6473 Avenida Cresta La Jolla, CA 92037 |
| Jeffrey Andrews | 1616 Guadalupe Street UTA Building 7.514, C0803 Austin, TX 78701 |
| Brian Agee | 1596 Wowna Drive San Jose, CA 95125-5028 |
| Richard Gitlin | 450 Knights Run Avenue (#1003) Tampa, FL 33602-5806 |
| Elliott Hoole | 39 Stinson Road Andover, MA 01810-5011 |
| Ann Marie Colino | AT&T Mobility, LLC |
| Glenn Blumstein | AT&T Mobility, LLC |
| Hui Liu | 307P EEB, Box 352500 University of Washington Seattle, WA 98195 |
| James Hite | 20219 Hollyhills Drive NE, Bothell, WA 98011 |
| Liang Hong | 1308 235th Place, Sammamish, WA 98075 |
| Palaniappan Meiyappan | 2905 160th Pl NE Bothell, WA 98009-2164 |
| Scott Prather | AT&T Mobility, LLC |
| Hujun Yin | 14315 Springer Ave, Saratoga, CA 95070 |

Defendants further incorporate by reference in their entirety: (i) expert reports submitted

by Anthony Acampora, Ph.D., Jeffrey Andrews, Ph.D., and Michael Wagner on behalf of

Defendants in this case on July 28, 2014, and September 9, 2014 (the "Expert Reports"), and all

---

[1]   Defendants incorporate by reference their witness lists and disclosures in their entirety. While Defendants have identified the individuals they may most directly rely upon regarding the asserted patents' invalidity, the testimony of other fact and expert witnesses may be relevant to issues such as the state of the art, secondary indicia of obviousness/non-obviousness, and motivation to combine.

exhibits thereto; (ii) documents cited in the Expert Reports; (iii) invalidity contentions for each of the patents-in-suit submitted in the present action; (iv) all prior art references cited or disclosed in the prosecution of the patents-in-suit and/or listed on the face of each of the patents-in-suit; (v) any disclosures submitted under 35 U.S.C. § 282 by Defendants in Civil Action No. 6:12-cv-00369; and (vi) Defendants' identification of trial witnesses.

Defendants reserve the right to amend, modify or supplement this disclosure.

DATED:  June 19, 2015                     Respectfully submitted,

                                          By:  */s/ Stephen A. Swedlow*
                                               David A. Nelson
                                               Stephen A. Swedlow (*pro hac vice*)
                                               Brianne M. Straka (*pro hac vice*)
                                               Marc L. Kaplan (*pro hac vice*)
                                               Lauren Hillemann (*pro hac vice*)
                                               Quinn Emanuel Urquhart & Sullivan LLP
                                               500 W. Madison St.
                                               Suite 2450
                                               Chicago, IL 60661
                                               Tel: (312) 705-7400

                                               Michael E. Jones
                                               State Bar No. 10929400
                                               Allen F. Gardner
                                               State Bar No. 24043679
                                               **POTTER MINTON, P.C.**
                                               110 N. College, Suite 500
                                               Tyler, Texas 75702

                                               *Attorneys for Defendants Alcatel-Lucent USA,*
                                               *Inc. and AT&T Mobility LLC*

                                          By:  */s/ Geoffrey M. Godfrey*
                                               Mark D. Flanagan
                                               Robert M. Galvin
                                               Geoffrey M. Godfrey
                                               WILMER CUTLER PICKERING HALE
                                                 AND DORR LLP
                                               950 Page Mill Road
                                               Palo Alto, CA 94304
                                               Telephone: (650) 858-6000
                                               Fax: (312) 858-6100
                                               Mark.Flanagan@wilmerhale.com
                                               Robert.galvin@wilmerhale.com
                                               Geoff.godfrey@wilmerhale.com

Michael E. Jones
Patrick C. Clutter, IV
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Defendant Cellco Partnership*
*d/b/a Verizon Wireless*

By:   */s/ Mark W. McGrory*
      Mark W. McGrory     *(pro hac vice)*
      Lawrence A. Rouse   *(pro hac vice)*
      ROUSE HENDRICKS GERMAN MAY PC
      1201 Walnut, 20th Floor
      Kansas City, MO 64106
      Tel:  (816) 471-7700
      Fax:  (816) 471-2221
      MarkM@rhgm.com
      LarryR@rhgm.com

      Michael E. Jones
      State Bar No. 10929400
      Allen F. Gardner
      State Bar No. 24043679
      **POTTER MINTON, P.C.**
      110 N. College, Suite 500
      Tyler, Texas 75702
      Tele: (903) 597-8311
      Fax: (903) 593-0846
      mikejones@potterminton.com
      allengardner@potterminton.com

      *Attorneys for Defendant Sprint Spectrum L.P*

I hereby certify that on June 19, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

/s/ Stephen A. Swedlow
Stephen A. Swedlow